UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC, as trustee, <br><br> Plaintiff, <br><br> v. <br><br> SANOFI, <br><br> Defendant. | : <br> : <br> : <br> : Case No. 15 Civ. 8725 (GBD) <br> : <br> : ECF CASE <br> : <br> : <br> : <br> : <br> : |

**DECLARATION OF JOSHUA S. AMSEL IN SUPPORT OF**
**DEFENDANT'S MOTION TO DISMISS COUNTS II AND III OF THE COMPLAINT**

I, Joshua S. Amsel, under penalty of perjury, declare as follows:

1. I am an attorney admitted to practice before this Court and a partner with the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendant Sanofi in the above-captioned action. I submit this declaration in support of Defendant's motion to dismiss Counts II and II of the Complaint.

2. True and correct copies of the following exhibits are attached hereto.

| Exhibit | Description |
|---|---|
| 1 | U.S. Food and Drug Administration ("FDA"), Alemtuzumab Background Package for the Peripheral and Central Nervous System Drugs Advisory Committee Meeting (BLA 103948/5139), dated November 13, 2013 (excerpts) <available at http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/Peripheraland CentralNervousSystemDrugsAdvisoryCommittee/UCM374186.pdf> |
| 2 | FDA, Guidance for Industry: E 10 Choice of Control Group and Related Issues in Clinical Trials, dated May 2001 <available at http://www.fda.gov/downloads/drugs/ guidancecomplianceregulatoryinformation/guidances/ucm073139.pdf> |
| 3 | FDA, Center for Drug Evaluation & Research: Manual of Policies & Procedures § 6025.4 <available at http://www.fda.gov/downloads/aboutfda/centersoffices/ officeofmedicalproductsandtobacco/cder/manualofpoliciesprocedures/ucm370948.htm> |

| Exhibit | Description |
|---|---|
| 4 | Transcript of Peripheral and Central Nervous System Drugs Advisory Committee Meeting, Silver Spring, Maryland (November 13, 2013) <available at http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/PeripheralandCentralNervousSystemDrugsAdvisoryCommittee/UCM386059.pdf> |
| 5 | U.S. National Institutes of Health:  Comparison of Alemtuzumab and Rebif Efficacy in Multiple Sclerosis, Study One (CARE-MS I) <available at http://clinicaltrials.gov/ct2/show/NCT00530348> |
| 6 | U.S. National Institutes of Health:  Comparison of Alemtuzumab and Rebif Efficacy in Multiple Sclerosis, Study Two (CARE-MS II) <available at http://clinicaltrials.gov/ct2/show/NCT00548405> |
| 7 | Amendment 14 to Genzyme Solicitation/Recommendation Statement on Schedule 14D-9, filed with the U.S. Securities and Exchange Commission (the "SEC") on December 23, 2010 |
| 8 | Sanofi Current Report on Form 6-K, filed with the SEC on July 11, 2011 (excerpt) |
| 9 | Sanofi Current Report on Form 6-K, filed with the SEC on November 14, 2011 (excerpt) |
| 10 | Jeffrey A. Cohen, Alasdair J. Coles, *et al.*, *Alemtuzumab versus interferon beta 1a as first-line treatment for patients with relapsing-remitting multiple sclerosis: a randomized controlled phase 3 trial*, 380 Lancet 1819-28 (November 2012) |
| 11 | Alasdair J. Coles, Cary L. Twyman, *et al.*, *Alemtuzumab for patients with relapsing multiple sclerosis after disease-modifying therapy: a randomized controlled phase 3 trial*, 380 Lancet 1829-39 (November 2012) |
| 12 | Sanofi Current Report on Form 6-K, filed with the SEC on July 27, 2012 (excerpt) |
| 13 | European Medicines Agency, Summary of Positive Opinion for Lemtrada, June 27, 2013 <available at http://www.ema.europa.eu/docs/en_GB/document_library/Summary_of_opinion_-_Initial_authorisation/human/003718/WC500144904.pdf> |
| 14 | European Commission, Commission Implementing Decision for Lemtrada, September 12, 2013 <available at http://ec.europa.eu/health/documents/community-register/2013/20130912126598/dec_126598_en.pdf> |
| 15 | Health Canada, Drug Product Database:  Lemtrada <available at http://webprod5.hc-sc.gc.ca/dpd-bdpp/info.do?code=90290&lang=eng> |
| 16 | Therapeutic Goods Administration, Product Information for Lemtrada <available at |

| Exhibit | Description |
|---|---|
|  | https://www.ebs.tga.gov.au/ebs/picmi/picmirepository.nsf/pdf?OpenAgent&id=CP-2013-PI-02549-1> |
| 17 | Comisión Federal para la Protección contra Riesgos Sanitarios, Press Release, January 25, 2015: La Secretaría de Salud Autorizó 32 Nuevas Medicinas en 2014 <available at http://www.cofepris.gob.mx/Documents/NotasPrincipales/25012015.pdf> |
| 18 | La Administración Nacional de Medicamentos, Alimentos y Tecnología Médica, Disposición 4377-14: Lemtrada, June 23, 2014 <available at http://www.anmat.gov.ar/boletin_anmat/Junio_2014/Dispo_4377-14.pdf> |
| 19 | FDA Summary Minutes of the Peripheral and Central Nervous System Drugs Advisory Committee Meeting on November 13, 2013, approved January 14, 2014 <available at http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/PeripheralandCentralNervousSystemDrugsAdvisoryCommittee/UCM386058.pdf> |
| 20 | Sanofi Current Report on Form 6-K, filed with the SEC on June 2, 2014 (excerpt) |
| 21 | Sanofi Current Report on Form 6-K, filed with the SEC on July 31, 2014 (excerpt) |
| 22 | Sanofi Current Report on Form 6-K, filed with the SEC on February 5, 2015 (excerpt) |
| 23 | Sanofi Current Report on Form 6-K, filed with the SEC on April 30, 2015 (excerpt) |
| 24 | Sanofi Current Report on Form 6-K, filed with the SEC on October 29, 2015 (excerpt) |

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 29, 2016         /s/ Joshua S. Amsel
                                       Joshua S. Amsel

WEIL:\95604720\1\71937.0101