UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
AMERICAN STOCK TRANSFER & TRUST
COMPANY, LLC, *as Trustee*

                Plaintiff,

   -against-

SANOFI,

               Defendant.

------------------------------------- x

ORDER

15 Civ. 8725 (GBD)

GEORGE B. DANIELS, United States District Judge:

    All counsel in the above-captioned case are directed to appear before this Court on May 4, 2016 at 11:00 a.m. for oral argument on the Motion to Dismiss Counts II and III of the Complaint.

Dated: New York, New York
       March 16, 2016

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge