UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
AMERICAN STOCK TRANSFER & TRUST CO., :
LLC,
                Plaintiff,

    -against-

SANOFI,

                Defendant.
------------------------------------ x

ORDER

15 Civ. 8725 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties shall next appear before this Court on June 29, 2016 at 9:30 a.m. for a status conference.

Dated: New York, New York
      June 9, 2016

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge