UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
AMERICAN STOCK TRANSFER & TRUST CO., :
LLC,                                 :
                    Plaintiff,      :
      -against-                     :
                                           :
SANOFI,                              :
                    Defendant.      :
------------------------------------- x

ORDER

15 Civ. 8725 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Plaintiff's motion to file a supplemental complaint seeking declaratory judgment with regard to payment of the fees, expenses, and disbursements of its outside counsel in connection with this action is GRANTED.

    Plaintiff's further request for a "Speedy Hearing" on its claim for declaratory relief in its proposed supplemental complaint pursuant to Federal Rule of Civil Procedure 57 is DENIED.

    Defendant's cross-motion to stay all proceedings pending the appointment of a new trustee is DENIED.

    The Clerk of Court is directed to close the motions at ECF Nos. 39 and 47.

Dated: New York, New York
       June 16, 2016

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge