**Weil, Gotshal & Manges LLP**

BY ECF AND HAND DELIVERY

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**John A. Neuwirth**
+1 212 310 8297
john.neuwirth@weil.com

July 6, 2016

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Am. Stock Transfer & Trust Co., LLC v. Sanofi*, No. 15 Civ. 8725 (GBD)

Dear Judge Daniels:

We represent Sanofi in the above-referenced action and write to notify the Court that, in light of the statement in UMB Bank, National Association's ("UMB") July 5, 2016 letter that it is "proceeding with this Action" (ECF No. 54), Sanofi has commenced its document production to UMB.

Respectfully submitted,

*/s/ John A. Neuwirth*
John A. Neuwirth

cc:  All Counsel
     Karen Dine, Esq.
     David Crichlow, Esq.