# EXHIBIT G

# Cahill Gordon & Reindel LLP
### Eighty Pine Street
### New York, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| FLOYD ABRAMS | BART FRIEDMAN | TELEPHONE: (212) 701-3000 | ALIZA R. LEVINE | JONATHAN A. SCHAFFZIN |
| L. HOWARD ADAMS | PIERRE M. GENTIN | WWW.CAHILL.COM | JOEL H. LEVITIN | JOHN SCHUSTER |
| ROBERT A. ALESSI | CHARLES A. GILMAN | | GEOFFREY E. LIEBMANN | MICHAEL A. SHERMAN |
| HELENE R. BANKS | JASON M. HALL | | ANN S. MAKICH | DARREN SILVER |
| ANIRUDH BANSAL | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | JONATHAN I. MARK | JOSIAH M. SLOTNICK |
| DAVID L. BARASH | CRAIG M. HOROWITZ | WASHINGTON, DC 20006-1181 | BRIAN T. MARKLEY | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | DOUGLAS S. HOROWITZ | (202) 862-8900 | WILLIAM J. MILLER | SUSANNA M. SUH |
| BRADLEY J. BONDI | TIMOTHY B. HOWELL | | NOAH B. NEWITZ | ANTHONY K. TAMA |
| SUSAN BUCKLEY | DAVID G. JANUSZEWSKI | | MICHAEL J. OHLER | JONATHAN D. THIER |
| KEVIN J. BURKE | ELAI KATZ | CAHILL GORDON & REINDEL (UK) LLP | DAVID R. OWEN | JOHN A. TRIPODORO |
| JAMES J. CLARK | THOMAS J. KAVALER | 24 MONUMENT STREET | JOHN PAPACHRISTOS | GLENN J. WALDRIP, JR. |
| BENJAMIN J. COHEN | BRIAN S. KELLEHER | LONDON EC3R 8AJ | LUIS R. PENALVER | HERBERT S. WASHER |
| SEAN M. DAVIS | DAVID N. KELLEY | +44 (0)20 7920 9800 | KIMBERLY PETILLO-DÉCOSSARD | MICHAEL B. WEISS |
| STUART G. DOWNING | RICHARD KELLY | | MICHAEL W. REDDY | S. PENNY WINDLE |
| ADAM M. DWORKIN | CHÉRIE R. KISER* | | OLEG REZZY | DAVID WISHENGRAD |
| ANASTASIA EFIMOVA | EDWARD P. KRUGMAN | WRITER'S DIRECT NUMBER | JAMES ROBINSON | COREY WRIGHT |
| JENNIFER B. EZRING | JOEL KURTZBERG | | THORN ROSENTHAL | JOSHUA M. ZELIG |
| JOAN MURTAGH FRANKEL | TED B. LACEY | (212) 701-3041 | TAMMY L. ROY | DANIEL J. ZUBKOFF |
| JONATHAN J. FRANKEL | MARC R. LASHBROOK | | | |

*ADMITTED IN DC ONLY

December 19, 2016

Re: <u>Request Pursuant to Section 7.6(a) of the CVR Agreement</u>

Dear Sir/Madam:

Reference is made to the Contingent Value Rights Agreement, dated March 30, 2011, by and between Sanofi-Aventis ("<u>Sanofi</u>") and UMB Bank, N.A. ("<u>Trustee</u>"), as successor to American Stock Transfer & Trust Company LLC (the "<u>CVR Agreement</u>").

This Firm has been retained, *inter alia*, to make an inquiry or investigation on behalf of the Trustee into the facts and matters set forth below, including, without limitation, in order to assess Sanofi's compliance with the CVR Agreement.[1] Section 7.6(a) provides that "Upon the written request of the Acting Holders . . . the Company shall provide an independent certified public accounting firm . . . with access during normal business hours to such of the records of the Company as may be reasonably necessary to verify the accuracy of the statements set forth in the Product Sales Statements and the figures underlying the calculations set forth therein for any period within the preceding three (3) years that has not previously been audited in accordance with this Section 7.6."

A group of Holders of more than 30% of the outstanding CVRs (the "Acting Holders") have instructed the Trustee to make a request on their behalf pursuant to Section 7.6(a) to verify the accuracy of the statements set forth in the Product Sales Statements and the figures set forth therein for the period from the first date upon which gross sales for the Product were booked through December 31, 2016 (the "Audit"). As provided in Section 7.6 of the CVR Agreement, the fees charged by such Independent Accountant shall be paid by Sanofi.

The Trustee will propose an Independent Accountant to perform the Audit by separate correspondence.

The Trustee and the Acting Holders hereby expressly reserve any and all rights under the CVR Agreement, including, without limitation, with respect to the foregoing.

---

[1] Unless otherwise defined in this letter, capitalized terms shall be as set forth in the CVR Agreement.

CAHILL GORDON & REINDEL LLP

- 2 -

Any response to this Request should be directed to the undersigned.

Sincerely,

Michael Brenner Weiss

VIA FEDEX AND EMAIL

Sanofi
c/o John Neuwirth, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

cc:   Gavin Wilkinson
      Charles A. Gilman, Esq.