UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UMB Bank, N.A., *as Trustee*, : | |
| : | |
| Plaintiff, : | Case No. 15 Civ. 8725 (GBD) (JCF) |
| : | |
| v. : | |
| : | NOTICE OF APPEARANCE |
| SANOFI : | |
| : | |
| Defendant. : | |
| : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that David Parker of the law firm of Kleinberg, Kaplan, Wolff & Cohen, P.C., who is admitted to practice before this Court, hereby enters his appearance in the above-captioned matter as counsel for Interested Parties Elliott International, LP; Elliott Management Corporation; The Liverpool Limited Partnership; and Chimney Rock Investments, LLC.

Dated: July 5, 2017

                                               KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

                                               By:  /s/ David Parker
                                               David Parker (DParker@KKWC.com)
                                               551 Fifth Avenue
                                               18th floor
                                               New York, NY 10176
                                               Telephone: 212.986-6000
                                               Facsimile:  212.986.8866

                                               *Attorneys for Interested Parties Elliott International, LP; Elliott Management Corporation; The Liverpool Limited Partnership; and Chimney Rock Investments, LLC*