CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0)20 7920 9800

WRITER'S DIRECT NUMBER

(212) 701-3403

L. HOWARD ADAMS
ROBERT A. ALESSI
HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
BRADLEY J. BONDI
BROCKTON B. BOSSON
KEVIN J. BURKE
JAMES J. CLARK
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
PIERRE M. GENTIN
CHARLES A. GILMAN
ARIEL GOLDMAN
JASON M. HALL
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER*
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE
JOEL H. LEVITIN
GEOFFREY E. LIEBMANN
BRIAN T. MARKLEY
WILLIAM J. MILLER
NOAH B. NEWITZ
MICHAEL J. OHLER
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
JOHN SCHUSTER
MICHAEL A. SHERMAN
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
SEAN P. TONOLLI*
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
S. PENNY WINDLE
DAVID WISHENGRAD
COREY WRIGHT
JOSHUA M. ZELIG
DANIEL J. ZUBKOFF

*ADMITTED IN DC ONLY

August 2, 2017

Re: *UMB Bank, N.A., as Trustee* v. *Sanofi*, 15 Civ. 8725 (S.D.N.Y.) (GBD) (JCF)
     Joint Request re: August 10, 2017 Status Conference

Dear Judge Daniels:

At the Court's direction, the parties in the above captioned action have conferred and write, following their previous fax letter to the Court sent earlier today, regarding the status conference scheduled with the Court for August 10, 2017 at 9:45 a.m. *See* ECF No. 110.

The Court has advised the undersigned that the two motions pending before the Court – Plaintiff's application to file a Second Amended Complaint (*See* ECF Nos. 101-103) and Plaintiff's letter motion to quash or limit twenty-six subpoenas served by Defendant Sanofi on certain Holders of the CVR securities (*See* ECF Nos. 111, 113-120) – have been referred to Magistrate Judge James C. Francis IV for resolution.

As there are no pending disputes beyond those that have been referred to Magistrate Judge Francis, the parties respectfully request that the Court adjourn the previously scheduled August 10, 2017 conference to a later date in October or November acceptable to the Court.

Respectfully submitted,

*/s/ Charles A. Gilman*

Charles A. Gilman

Case 1:15-cv-08725-GBD-JCF   Document 121   Filed 08/02/17   Page 2 of 2

CAHILL GORDON & REINDEL LLP

- 2 -

Hon. George B. Daniels  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007-1312

Via ECF and Fax

cc:   Magistrate Judge James C. Francis IV

cc:   Counsel of Record (via email)