# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**John A. Neuwirth**
+1 212 310 8297
john.neuwirth@weil.com

January 2, 2018

Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *UMB Bank, N.A. as Trustee v. Sanofi*, 15 Civ. 8725 (S.D.N.Y.) (GBD) (RWL); Joint Status Report

Dear Magistrate Judge Lehrburger:

We represent Sanofi in the above-referenced action and write on behalf of all counsel in connection with Your Honor's request at the November 16, 2017 status conference that the parties jointly submit a status report within 45 days.

The parties report that discovery is continuing and there are no new issues that require Your Honor's attention at this time.

The parties are available to answer any questions Your Honor may have.

Respectfully submitted,

*/s/ John A. Neuwirth*
John A. Neuwirth

cc:     Charles A. Gilman, Esq.