**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**John A. Neuwirth**
+1 212 310 8297
john.neuwirth@weil.com

January 29, 2018

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *UMB Bank, N.A. as Trustee v. Sanofi*, 15 Civ. 8725 (S.D.N.Y.) (GBD) (RWL)

Dear Judge Daniels:

As requested by Your Honor's chambers, the parties in the above-referenced action together write regarding the status conference scheduled for Thursday, February 1, 2018, at 9:45 a.m., as reflected in the docketed Scheduling Order, dated November 8, 2017 (ECF No. 147).

As Your Honor's chambers indicated on the phone on Thursday of last week, Plaintiff's Motion for Summary Judgment (ECF No. 134) has been set by the Court for oral argument on March 7, 2018 (ECF No. 163), and the parties have been referred to Magistrate Judge Lehrburger for any discovery issues. Accordingly, the February 1, 2018 status conference can be adjourned if that is the Court's desire.

We are available at the Court's convenience to answer any questions Your Honor may have.

Respectfully submitted,


*/s/ John A. Neuwirth*
John A. Neuwirth

cc:     Charles A. Gilman, Esq.