# CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0)20 7920 9800

WRITER'S DIRECT NUMBER

(212) 701-3403

ROBERT A. ALESSI • HELENE R. BANKS • ANIRUDH BANSAL • DAVID L. BARASH • LANDIS C. BEST • BRADLEY J. BONDI • BROCKTON B. BOSSON • JAMES J. CLARK • CHRISTOPHER W. CLEMENT • AYANO K. CREED • SEAN M. DAVIS • STUART G. DOWNING • ADAM M. DWORKIN • ANASTASIA EFIMOVA • JENNIFER B. EZRING • JOAN MURTAGH FRANKEL • JONATHAN J. FRANKEL • PIERRE M. GENTIN • CHARLES A. GILMAN • ARIEL GOLDMAN • JASON M. HALL • WILLIAM M. HARTNETT • NOLA B. HELLER • CRAIG M. HOROWITZ • DOUGLAS S. HOROWITZ • TIMOTHY B. HOWELL • DAVID G. JANUSZEWSKI • ELAI KATZ • BRIAN S. KELLEHER • RICHARD KELLY • CHÉRIE R. KISER* • JOEL KURTZBERG • TED B. LACEY • MARC R. LASHBROOK • ALIZA R. LEVINE • JOEL H. LEVITIN • GEOFFREY E. LIEBMANN • BRIAN T. MARKLEY • WILLIAM J. MILLER • NOAH B. NEWITZ • MICHAEL J. OHLER • DAVID R. OWEN • JOHN PAPACHRISTOS • LUIS R. PENALVER • KIMBERLY PETILLO-DÉCOSSARD • SHEILA C. RAMESH • MICHAEL W. REDDY • OLEG REZZY • JAMES ROBINSON • THORN ROSENTHAL • TAMMY L. ROY • JONATHAN A. SCHAFFZIN • MICHAEL A. SHERMAN • DARREN SILVER • JOSIAH M. SLOTNICK • RICHARD A. STIEGLITZ JR. • SUSANNA M. SUH • ANTHONY K. TAMA • JONATHAN D. THIER • SEAN P. TONOLLI* • JOHN A. TRIPODORO • GLENN J. WALDRIP, JR. • HERBERT S. WASHER • MICHAEL B. WEISS • S. PENNY WINDLE • DAVID WISHENGRAD • COREY WRIGHT • JOSHUA M. ZELIG • DANIEL J. ZUBKOFF

*ADMITTED IN DC ONLY

March 23, 2018

Re:  *UMB Bank, N.A., as Trustee* v. *Sanofi*, 15 Civ. 8725 (S.D.N.Y.) (GBD) (RWL)

Dear Magistrate Judge Lehrburger:

I write on behalf of Plaintiff UMB Bank, N.A., as Trustee.

The Court has scheduled a conference in this matter for 2:00 pm, Wednesday March 28, 2018. In addition to whatever the Court might wish to discuss, attached is a proposed agenda, which includes a listing of pending motions and matters that require judicial intervention.

Respectfully submitted,

s/ Charles A. Gilman

Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Via ECF


cc:     Counsel of Record