**Weil, Gotshal & Manges LLP**

BY HAND DELIVERY & ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**John A Neuwirth**
+1 212 310 8297
john.neuwirth@weil.com

March 28, 2018

Hon. Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *UMB Bank, N.A. v. Sanofi*, No. 15 Civ. 8725 (GBD) (RWL)

Dear Magistrate Judge Lehrburger:

Enclosed pursuant to the Court's March 26, 2018 Order (ECF No. 179) are copies of each attachment associated with the documents identified by Plaintiff for Your Honor's *in camera* review to the extent those attachments have not already been produced to Plaintiff.  For ease of reference, we have enclosed both the documents previously identified by Plaintiff along with the corresponding attachments.

Also enclosed as Exhibit A hereto is a short description of each third-party advisor/consultant involved in the documents submitted for *in camera* review.

Respectfully submitted,

*/s/ John A. Neuwirth*
John A. Neuwirth


cc:    Counsel of Record (w/o documents for *in camera* review)