# Exhibit A

Pursuant to the Court's March 26, 2018 Order (ECF No. 179), below is a list of third-party advisor/consultants involved in the documents submitted for *in camera* review:

1. **Abernathy MacGregor**: Strategic and financial communications advisor to Sanofi, including in connection with Sanofi's acquisition of Genzyme.

2. **Cohn Wolf**: Communications advisor to Genzyme in connection with Lemtrada and Aubagio.

3. **Credit Suisse**: Financial advisor to Genzyme in connection with Sanofi's acquisition of Genzyme.

4. **Evercore Group LLC**: Financial advisor to Sanofi in connection with Sanofi's acquisition of Genzyme.

5. **Annemarie Dupont**: Regulatory compliance consultant to Genzyme in connection with promotional (*e.g.*, sales and marketing) and medical (*e.g.*, speaker training and safety) materials related to Lemtrada and Aubagio.

6. **Framework Solutions, Inc.**: Process management consultant to Genzyme in connection with the submission of promotional and medical materials relating to, among other drugs, Lemtrada and Aubagio to the Genzyme Medical Review Board and the Promotional Review Board.

7. **Goldman Sachs**: Financial advisor to Genzyme in connection with Sanofi's acquisition of Genzyme.

8. **Health4Brands**: Marketing strategy and medical education consultant to Genzyme in connection with Lemtrada.

9. **J.P. Morgan**: Financial advisor to Sanofi in connection with Sanofi's acquisition of Genzyme.

10. **Kekst and Company, Inc.**: Strategic and financial communications advisor to Genzyme in connection with Sanofi's acquisition of Genzyme.

11. **Mackenzie Partners, Inc**.: Proxy solicitor for Sanofi, including in connection with Sanofi's acquisition of Genzyme.

12. **MCA Works:** Marketing and business strategy consultant to Genzyme in connection with Lemtrada and Aubagio.

13. **Monitor Group**: Pricing and marketing strategy consultant to Sanofi in connection with the launch of Lemtrada and Aubagio.

14. **PROScribeRx**: Product labeling and regulatory compliance consultant to Genzyme in connection with Lemtrada.

15. **Ropes & Gray LLP**: Legal counsel to Genzyme in connection with Sanofi's acquisition of Genzyme.

16. **Simon-Kucher & Partners**: Pricing, reimbursement and market access consultant to Sanofi in connection with Lemtrada and Aubagio.

17. **Weil, Gotshal & Manges LLP**: Legal counsel to Sanofi in connection with Sanofi's acquisition of Genzyme.