USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 9 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UMB BANK, N.A., :
: Plaintiff,
: ORDER
-against- :
: 15 Civ. 8725 (GBD) (RWL)
SANOFI, :
:
Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

Defendant's motion for leave to file a sur-reply to Plaintiff's reply in support of its objections to Magistrate Judge Lehrburger's April 12, 2018 Report and Recommendation, (ECF No. 194), is DENIED.

Dated: New York, New York
MAY 2 9 2018

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge