IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UMB Bank, N.A., as Trustee,

                  Plaintiff,

        - against -

SANOFI,

                  Defendant.

Case No. 15 Civ. 08725 (GBD)

### DECLARATION OF MICHAEL B. WEISS
### IN SUPPORT OF PLAINTIFF'S LETTER MOTION TO COMPEL DOCUMENTS

I, Michael B. Weiss, declare under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am admitted to the bars of the State of New York and this Court. I am a partner at the firm Cahill Gordon & Reindel LLP ("Cahill"), which represents Plaintiffs UMB Bank, N.A., as Trustee (the "Trustee"), in this action. I submit this declaration to place before the Court certain documents referenced in the Letter Motion to Compel the Production of Documents. I am fully familiar with the facts set forth herein and make this declaration based on personal knowledge.

2. Annexed hereto as Exhibit A is a true and correct copy of an excerpt from Sanofi's January 2018 Letter to Shareholders, marked in this litigation as Plaintiff's Exhibit 181.

3. Annexed hereto as Exhibit B are true and correct copies of excerpts from the transcript of the May 8, 2018 deposition of Carole Huntsman, with cited portions highlighted.

4. Annexed hereto as Exhibit C is a true and correct copy of the FDA's March 29, 2017 press release announcing its approval of ocrelizumab.

5. Annexed hereto as <u>Exhibit D</u> is a true and correct copy of ███████

6. Annexed hereto as <u>Exhibit E</u> is a true and correct copy of ███████

7. Annexed hereto as <u>Exhibit F</u> is a true and correct copy of excerpts from ███

*[signature]*
Michael B. Weiss

Executed this 4th day of June, 2018 in New York, New York.