USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6-19-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UMB BANK, N.A., as Trustee,    :    15-cv-8725 (GBD)(RWL)

                Plaintiff,    :    **ORDER**

    - against -    :

SANOFI,    :

                Defendant.    :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff UMB Bank, N.A., as Trustee, seeks to compel production of documents relating to Sanofi's decision in 2018 to initiate a clinical trial with Lemtrada in primary progressive multiple sclerosis.

    Based upon a review of the parties' submissions, the June 19 telephone conference, and all prior proceedings, it is hereby **ORDERED** that Sanofi must produce the documents identified in its letter dated June 7, 2018 (Dkt. 200) in addition to the Brand Plan and the Strategic Plan for 2017, and if any such documents exist, for 2018. A separate scheduling order will be entered addressing the other issues discussed.

SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
            June 19, 2018

Copies transmitted to all counsel of record.