CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| ROBERT A. ALESSI | CHARLES A. GILMAN | TELEPHONE: (212) 701-3000 | JOEL H. LEVITIN | MICHAEL A. SHERMAN |
| HELENE R. BANKS | ARIEL GOLDMAN | WWW.CAHILL.COM | GEOFFREY E. LIEBMANN | DARREN SILVER |
| ANIRUDH BANSAL | JASON M. HALL | | BRIAN T. MARKLEY | JOSIAH M. SLOTNICK |
| DAVID L. BARASH | WILLIAM M. HARTNETT | | WILLIAM J. MILLER | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | NOLA B. HELLER | 1990 K STREET, N.W. | NOAH B. NEWITZ | SUSANNA M. SUH |
| BRADLEY J. BONDI | CRAIG M. HOROWITZ | WASHINGTON, DC 20006-1181 | MICHAEL J. OHLER | ANTHONY K. TAMA |
| BROCKTON B. BOSSON | DOUGLAS S. HOROWITZ | (202) 862-8900 | DAVID R. OWEN | JONATHAN D. THIER |
| JAMES J. CLARK | TIMOTHY B. HOWELL | | JOHN PAPACHRISTOS | SEAN P. TONOLLI* |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | | LUIS R. PENALVER | JOHN A. TRIPODORO |
| AYANO K. CREED | ELAI KATZ | CAHILL GORDON & REINDEL (UK) LLP | KIMBERLY PETILLO-DÉCOSSARD | GLENN J. WALDRIP, JR. |
| SEAN M. DAVIS | BRIAN S. KELLEHER | 24 MONUMENT STREET | SHEILA C. RAMESH | HERBERT S. WASHER |
| STUART G. DOWNING | RICHARD KELLY | LONDON EC3R 8AJ | MICHAEL W. REDDY | MICHAEL B. WEISS |
| ADAM M. DWORKIN | CHÉRIE R. KISER* | +44 (0)20 7920 9800 | OLEG REZZY | S. PENNY WINDLE |
| ANASTASIA EFIMOVA | JOEL KURTZBERG | | JAMES ROBINSON | DAVID WISHENGRAD |
| JENNIFER B. EZRING | TED B. LACEY | | THORN ROSENTHAL | COREY WRIGHT |
| JOAN MURTAGH FRANKEL | MARC R. LASHBROOK | WRITER'S DIRECT NUMBER | TAMMY L. ROY | JOSHUA M. ZELIG |
| JONATHAN J. FRANKEL | ALIZA R. LEVINE | | JONATHAN A. SCHAFFZIN | DANIEL J. ZUBKOFF |
| PIERRE M. GENTIN | | (212) 701-3403 | | |

*ADMITTED IN DC ONLY

July 12, 2018

<u>UMB Bank, N.A. v. Sanofi</u>, No. 15 Civ. 8725 (GBD) (RWL)

Dear Magistrate Judge Lehrburger:

      I write as counsel for Plaintiff UMB Bank, N.A., as Trustee, in response to the letter to Your Honor from counsel for Sanofi e-filed a few minutes ago. There has been no failure of conferral in good faith.

      The Responses and Objections of the Trustee appended to the Sanofi letter have nothing to do with the issues presented in the Trustee's letter motion, and are qualitatively different than those of Sanofi that are the subject of the Trustee's pending letter motion. In its responses, the Trustee agreed to produce one or more 30(b)(6) deponents on relevant topics and the Trustee offered to confer in good faith concerning its objections to topics viewed as beyond the proper scope of discovery. Conferral as to scope of topics is appropriate, and we welcome it.

      In contrast, the Sanofi responses that are the subject of the Trustee's pending letter motion do not agree to produce any deponent and do not offer to confer on anything. Rather, Sanofi flatly refuses to produce any corporate representative to testify on any of the 23 subjects of examination. We take the Weil Gotshal law firm at its word. In the face of Sanofi's flat refusal, repeated 23 times, to produce any deponent on any subject, there is no conversation to be had. Judicial relief is required. Mr. Neuwirth's letter does not address any of the well-settled law governing the issues presented and presents no basis for denial of the relief requested.

Respectfully submitted,

s/ Charles A. Gilman

CAHILL GORDON & REINDEL LLP

- 2 -

Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

BY ECF CC: COUNSEL OF RECORD VIA ECF