# EXHIBIT 1

# Weil, Gotshal & Manges LLP

767 Fifth Avenue<br>
New York, NY 10153-0119<br>
+1 212 310 8000 tel<br>
+1 212 310 8007 fax<br>
<br>
John A. Neuwirth<br>
+1 212 310 8297<br>
john.neuwirth@weil.com

October 23, 2018

Steven R. Paradise, Esq.
Richards Kibbe & Orbe LLP
200 Liberty Street
New York, New York 10281

Re: *UMB Bank, N.A. v. Sanofi*, No. 15 Civ. 8725 (GBD) (RWL)

Dear Steven:

Pursuant to Magistrate Judge Lehrburger's October 22, 2018 Order (ECF No. 220) in the above-captioned action, attached please find subpoenas for the production of documents directed to Stonehill Master Fund Limited and Stonehill Institutional Partners, L.P.

Please be advised that Sanofi reserves its right to seek deposition testimony from the Stonehill entities.

Sincerely,

*[signature]*

John A. Neuwirth