# EXHIBIT 19

**Bloomberg — Security Ownership Summary View**

| Name | | #NAME? | | |
|---|---|---|---|---|
| Ticker | GCVRZ US EQUITY | View | Summary | |
| Sort By | Position | Order | Descending | |

| # | Holder Name | Portfolio Name | Position | Latest Chg | Filing Date | Source | % Out | % Portfolio | Market Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Stonehill Capital Management LLC | Stonehill Capital Management LLC | 48,749,521 | 5,496,160 | 12/31/2018 | 13F | 20.62 | 10.87 | 23,399,770 |
| 2 | Elliott Management Corp | Elliott Management Corp | 20,428,961 | 0 | 12/31/2018 | 13F | 8.64 | 0.098 | 9,805,901 |
| 3 | Mason Capital Management LLC | Mason Capital Management LLC | 14,644,398 | 0 | 12/31/2018 | 13F | 6.19 | 1.168 | 7,029,311 |
| 4 | TPG Group Holdings SBS Advisors In | TPG Group Holdings SBS Advisors Inc | 14,240,462 | 0 | 12/31/2018 | 13F | 6.02 | 0.11 | 6,835,422 |
| 5 | Brigade Capital Management LP | Brigade Capital Management LP | 12,268,625 | 0 | 12/31/2018 | 13F | 5.19 | 0.832 | 5,888,940 |
| 6 | Highbridge Capital Management LLC | Highbridge Capital Management LLC | 9,494,367 | 593,486 | 12/31/2018 | 13F | 4.02 | 0.207 | 4,557,296 |
| 7 | Whitebox Advisors LLC | Whitebox Advisors LLC | 6,956,279 | 0 | 12/31/2018 | 13F | 2.94 | 0.191 | 3,339,014 |
| 8 | Farallon Capital Management LLC | -- | 6,827,805 | 0 | 12/31/2018 | ULT-AGG | 2.89 | 0 | 3,277,346 |
| 9 | Gruss Capital Management LP | Gruss Capital Management LP | 4,586,200 | -913,800 | 9/30/2018 | 13F | 1.94 | 0.576 | 2,201,376 |
| 10 | New Generation Advisors LLC | New Generation Advisors LLC | 4,268,228 | 0 | 12/31/2018 | 13F | 1.81 | 1.482 | 2,048,749 |
| 11 | MFP Investors LLC | MFP Investors LLC | 3,583,668 | 0 | 12/31/2018 | 13F | 1.52 | 0.234 | 1,720,161 |
| 12 | Apollo Management Holdings LP | Apollo Management Holdings LP | 1,740,032 | 0 | 12/31/2018 | 13F | 0.74 | 0.01 | 835,215 |
| 13 | CSS LLC | CSS LLC | 1,652,662 | -8,403 | 12/31/2018 | 13F | 0.7 | 0.065 | 793,278 |
| 14 | UBS AG | -- | 1,235,127 | 4,559 | 12/31/2018 | ULT-AGG | 0.52 | 0 | 592,861 |
| 15 | GAMCO Investors Inc | -- | 1,152,900 | 0 | 12/31/2018 | ULT-AGG | 0.49 | 0 | 553,392 |
| 16 | Silverback Asset Management LLC | Silverback Asset Management LLC | 788,011 | 0 | 12/31/2018 | 13F | 0.33 | 0.082 | 378,245 |
| 17 | Goldman Sachs Group Inc/The | -- | 622,248 | 91,503 | 12/31/2018 | ULT-AGG | 0.26 | 0 | 298,679 |
| 18 | Adage Capital Management LP | -- | 614,455 | 0 | 12/31/2018 | ULT-AGG | 0.26 | 0 | 294,938 |
| 19 | DLD Asset Management LP | DLD Asset Management LP | 600,793 | 500 | 12/31/2018 | 13F | 0.25 | 0.027 | 288,381 |
| 20 | Wexford Capital LP | Wexford Capital LP | 500,000 | 0 | 12/31/2018 | 13F | 0.21 | 0.02 | 240,000 |
| 21 | Towerview LLC | Towerview LLC | 479,698 | 0 | 12/31/2018 | 13F | 0.2 | 0.134 | 230,255 |
| 22 | Susquehanna International Group LL | Susquehanna International Group LLP | 256,472 | 131,437 | 12/31/2018 | 13F | 0.11 | 0.001 | 123,107 |
| 23 | B. Riley Financial Inc | B. Riley Financial Inc | 211,405 | 11,388 | 12/31/2018 | 13F | 0.09 | 0.076 | 101,474 |
| 24 | Wells Fargo & Co | -- | 156,777 | -3,538 | 12/31/2018 | ULT-AGG | 0.07 | 0 | 75,253 |
| 25 | Yakira Capital Management Inc | Yakira Capital Management Inc | 155,177 | 0 | 12/31/2018 | 13F | 0.07 | 0.026 | 74,485 |
| 26 | Arnhold LLC | Arnhold LLC | 63,817 | 0 | 12/31/2018 | 13F | 0.03 | 0.006 | 30,632 |
| 27 | Korea Investment Corp | Korea Investment Corp | 46,900 | 0 | 12/31/2018 | 13F | 0.02 | 0 | 22,512 |
| 28 | Zuckerman Investment Group LLC | Zuckerman Investment Group LLC | 42,528 | 0 | 12/31/2018 | 13F | 0.02 | 0.006 | 20,413 |
| 29 | Ameriprise Financial Inc | -- | 35,044 | -712 | 12/31/2018 | ULT-AGG | 0.01 | 0 | 16,821 |
| 30 | Royal London Asset Management CIS | Multiple Portfolios | 34,947 | 0 | 10/31/2017 | MF-AGG | 0.01 | 0 | 16,775 |
| 31 | Morgan Stanley | -- | 32,358 | -651 | 12/31/2018 | ULT-AGG | 0.01 | 0 | 15,532 |
| 32 | Two Sigma Securities LLC | Two Sigma Securities LLC | 30,368 | 30,368 | 12/31/2018 | 13F | 0.01 | 0.002 | 14,577 |
| 33 | Worth Venture Partners LLC | Worth Venture Partners LLC | 27,035 | 22 | 12/31/2018 | 13F | 0.01 | 0.007 | 12,977 |
| 34 | Schneider Downs Wealth Management | Schneider Downs Wealth Management Advisors | 25,000 | 0 | 12/31/2018 | 13F | 0.01 | 0.005 | 12,000 |
| 35 | Commonwealth Equity Services Inc | Commonwealth Equity Services Inc | 21,876 | -46 | 12/31/2018 | 13F | 0.01 | 0 | 10,500 |

| # | Holder | | Shares | Change | Date | Source | % | Value |
|---|---|---|---|---|---|---|---|---|
| 36 | LPL Financial LLC | LPL Financial LLC | 16,926 | -10 | 12/31/2018 | 13F | 0.01 | 0 | 8,124 |
| 37 | Moors & Cabot Inc | Moors & Cabot Inc | 16,000 | 0 | 12/31/2018 | 13F | 0.01 | 0.001 | 7,680 |
| 38 | Horizon Kinetics LLC | -- | 15,940 | 0 | 12/31/2018 | ULT-AGG | 0.01 | 0 | 7,651 |
| 39 | Clear Harbor Asset Management LLC | Clear Harbor Asset Management LLC | 15,635 | -18,000 | 12/31/2018 | 13F | 0.01 | 0.002 | 7,505 |
| 40 | MultiConcept Fund Management SA | Multiple Portfolios | 15,519 | 0 | 9/28/2018 | MF-AGG | 0.01 | 0 | 7,449 |
| 41 | Adviser Investments LLC | Adviser Investments LLC | 15,000 | 0 | 12/31/2018 | 13F | 0.01 | 0.001 | 7,200 |
| 42 | Flagship Harbor Advisors LLC | Flagship Harbor Advisors LLC | 14,891 | 0 | 12/31/2018 | 13F | 0.01 | 0.002 | 7,148 |
| 43 | Citadel Advisors LLC | Citadel Advisors LLC | 14,215 | -46,593 | 12/31/2018 | 13F | 0.01 | 0 | 6,823 |
| 44 | William Blair & Co LLC | -- | 14,032 | 0 | 12/31/2018 | ULT-AGG | 0.01 | 0 | 6,735 |
| 45 | Bank of America Corp | Bank of America Corp | 12,888 | -1,595 | 12/31/2018 | 13F | 0.01 | 0 | 6,186 |
| 46 | Biondo Investment Advisors LLC | Biondo Investment Advisors LLC | 12,475 | -1,200 | 12/31/2018 | 13F | 0.01 | 0.002 | 5,988 |
| 47 | Erste Group Bank AG | -- | 12,000 | 0 | 11/30/2018 | ULT-AGG | 0.01 | 0 | 5,760 |
| 48 | BlackRock Inc | -- | 11,392 | 0 | 12/31/2018 | ULT-AGG | 0 | 0 | 5,468 |
| 49 | US Bancorp | US Bancorp | 11,352 | -318 | 12/31/2018 | 13F | 0 | 0 | 5,449 |
| 50 | Raymond James Financial Inc | -- | 11,015 | 12 | 12/31/2018 | ULT-AGG | 0 | 0 | 5,287 |
| 51 | Dillon & Associates Inc | Dillon & Associates Inc | 10,260 | 0 | 12/31/2018 | 13F | 0 | 0.002 | 4,925 |
| 52 | PNC Financial Services Group Inc/T | PNC Financial Services Group Inc/The | 8,324 | 4,127 | 12/31/2018 | 13F | 0 | 0 | 3,996 |
| 53 | Deutsche Bank AG | -- | 8,000 | -250 | 12/31/2018 | ULT-AGG | 0 | 0 | 3,840 |
| 54 | Eaton Vance Corp | -- | 7,047 | -1 | 12/31/2018 | ULT-AGG | 0 | 0 | 3,382 |
| 55 | CAPTRUST Financial Advisors LLC | CAPTRUST Financial Advisors LLC | 6,572 | 0 | 12/31/2018 | 13F | 0 | 0 | 3,155 |
| 56 | BMO Financial Corp | -- | 6,350 | -37 | 12/31/2018 | ULT-AGG | 0 | 0 | 3,048 |
| 57 | BNP Paribas SA | -- | 5,455 | 0 | 12/31/2018 | ULT-AGG | 0 | 0 | 2,618 |
| 58 | Advisor Group Inc | Advisor Group Inc | 5,302 | 295 | 12/31/2018 | 13F | 0 | 0 | 2,545 |
| 59 | Royal Bank of Canada | -- | 3,123 | -14 | 12/31/2018 | ULT-AGG | 0 | 0 | 1,499 |
| 60 | Winslow Evans & Crocker Inc | Winslow Evans & Crocker Inc | 2,804 | 0 | 12/31/2018 | 13F | 0 | 0 | 1,346 |
| 61 | Ladenburg Thalmann Financial Servi | Ladenburg Thalmann Financial Services Inc | 2,496 | 1,229 | 12/31/2018 | 13F | 0 | 0 | 1,198 |
| 62 | Central Trust Co | Central Trust Co | 1,534 | 0 | 12/31/2018 | 13F | 0 | 0 | 736 |
| 63 | Resources Management Corp | Resources Management Corp | 1,335 | 1,335 | 9/30/2018 | 13F | 0 | 0 | 641 |
| 64 | Sonora Investment Management LLC | Sonora Investment Management LLC | 1,014 | 0 | 12/31/2018 | 13F | 0 | 0 | 487 |
| 65 | Tarbox Family Office Inc | Tarbox Family Office Inc | 1,000 | 0 | 12/31/2018 | 13F | 0 | 0 | 480 |
| 66 | Manchester Capital Management LLC | Manchester Capital Management LLC | 898 | 0 | 12/31/2018 | 13F | 0 | 0 | 431 |
| 67 | Whittier Trust Co/Reno | Whittier Trust Co/Reno | 881 | -165 | 12/31/2018 | 13F | 0 | 0 | 423 |
| 68 | Greek Catholic Union of the USA | Multiple Portfolios | 825 | 0 | 9/30/2018 | Sch-D | 0 | 0 | 396 |
| 69 | Bronfman EL Rothschild LP | Bronfman EL Rothschild LP | 800 | 0 | 12/31/2018 | 13F | 0 | 0 | 384 |
| 70 | Ipswich Investment Management Co I | Ipswich Investment Management Co Inc | 700 | 700 | 12/31/2018 | 13F | 0 | 0 | 336 |
| 71 | Archford Capital Strategies LLC | Archford Capital Strategies LLC | 680 | 0 | 12/31/2018 | 13F | 0 | 0 | 326 |
| 72 | Live Your Vision LLC | Live Your Vision LLC | 485 | 0 | 12/31/2018 | 13F | 0 | 0 | 233 |
| 73 | Whittier Trust Co | Whittier Trust Co | 432 | -300 | 12/31/2018 | 13F | 0 | 0 | 207 |
| 74 | Mid-Continent Capital LLC | Mid-Continent Capital LLC | 425 | 0 | 12/31/2018 | 13F | 0 | 0 | 204 |
| 75 | Parallel Advisors LLC | Parallel Advisors LLC | 409 | -7 | 12/31/2018 | 13F | 0 | 0 | 196 |
| 76 | SignatureFD LLC | SignatureFD LLC | 402 | 0 | 12/31/2018 | 13F | 0 | 0 | 193 |
| 77 | Wealthcare Advisory Partners LLC | Wealthcare Advisory Partners LLC | 400 | 0 | 12/31/2018 | 13F | 0 | 0 | 192 |
| 78 | Security National Trust Co | Security National Trust Co | 375 | 0 | 12/31/2018 | 13F | 0 | 0 | 180 |
| 79 | TCI Wealth Advisors Inc | TCI Wealth Advisors Inc | 337 | 0 | 12/31/2018 | 13F | 0 | 0 | 162 |

| # | Name | Name | | Value1 | Value2 | | Date | Type | | Col1 | Col2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | Atlas Capital Advisors LLC | Atlas Capital Advisors LLC | | 280 | 0 | | 12/31/2018 | 13F | | 0 | 134 |
| 81 | IFP Advisors Inc | IFP Advisors Inc | | 265 | -235 | | 12/31/2018 | 13F | | 0 | 127 |
| 82 | City National Rochdale LLC | City National Rochdale LLC | | 180 | 0 | | 12/31/2018 | 13F | | 0 | 86 |
| 83 | Asset Planning Services Ltd | Asset Planning Services Ltd | | 171 | 0 | | 12/31/2018 | 13F | | 0 | 82 |
| 84 | Claro Advisors LLC | Claro Advisors LLC | | 166 | 166 | | 12/31/2018 | 13F | | 0 | 80 |
| 85 | Ameritas Investment Corp | Ameritas Investment Corp | | 165 | 165 | | 12/31/2018 | 13F | | 0 | 79 |
| 86 | First Manhattan Co | First Manhattan Co | | 140 | 0 | | 12/31/2018 | 13F | | 0 | 67 |
| 87 | Parisi Gray Wealth Management LLC | Parisi Gray Wealth Management LLC | | 134 | 0 | | 12/31/2018 | 13F | | 0 | 64 |
| 88 | Truehand Inc | Truehand Inc | | 116 | 116 | | 12/31/2018 | 13F | | 0 | 56 |
| 89 | CWM LLC | CWM LLC | | 114 | 0 | | 12/31/2018 | 13F | | 0 | 55 |
| 90 | Valley National Advisers Inc | Valley National Advisers Inc | | 100 | 0 | | 9/30/2018 | 13F | | 0 | 48 |
| 91 | Bartlett & Co LLC/OH | Bartlett & Co LLC/OH | | 100 | 0 | | 12/31/2018 | 13F | | 0 | 48 |
| 92 | Atlantic Trust LLC | Atlantic Trust LLC | | 100 | 0 | | 12/31/2018 | 13F | | 0 | 48 |
| 93 | Sage Capital Advisors LLC | Sage Capital Advisors LLC | | 100 | 0 | | 12/31/2018 | 13F | | 0 | 48 |
| 94 | Kistler-Tiffany Cos LLC | Kistler-Tiffany Cos LLC | | 79 | 0 | | 12/31/2018 | 13F | | 0 | 38 |
| 95 | Edge Advisors LLC | Edge Advisors LLC | | 70 | 0 | | 6/30/2018 | 13F | | 0 | 34 |
| 96 | Security Group Inc/SC | -- | | 69 | 0 | | 9/30/2018 | ULT-AGG | | 0 | 33 |
| 97 | Northwestern Mutual Life Insurance | -- | | 56 | 0 | | 12/31/2018 | ULT-AGG | | 0 | 27 |
| 98 | Motco Inc | Motco Inc | | 50 | 0 | | 12/31/2018 | 13F | | 0 | 24 |
| 99 | Endurance Wealth Management Inc | Endurance Wealth Management Inc | | 50 | 0 | | 12/31/2018 | 13F | | 0 | 24 |
| 100 | LMCG Investments LLC | LMCG Investments LLC | | 45 | 0 | | 12/31/2018 | 13F | | 0 | 22 |
| 101 | Carroll Financial Associates Inc | Carroll Financial Associates Inc | | 42 | 0 | | 12/31/2018 | 13F | | 0 | 20 |
| 102 | NEXT Financial Group Inc | NEXT Financial Group Inc | | 35 | -250 | | 12/31/2018 | 13F | | 0 | 17 |
| 103 | Ameriprise National Trust Bank | Ameriprise National Trust Bank | | 30 | 0 | | 12/31/2018 | 13F | | 0 | 14 |
| 104 | Horan Securities Inc | Horan Securities Inc | | 30 | 0 | | 12/31/2018 | 13F | | 0 | 14 |
| 105 | Advisornet Financial Inc | Advisornet Financial Inc | | 28 | 28 | | 12/31/2018 | 13F | | 0 | 13 |
| 106 | St Johns Investment Management Co | St Johns Investment Management Co LLC | | 14 | 0 | | 12/31/2018 | 13F | | 0 | 7 |
| 107 | Resources Investment Advisors Inc | Resources Investment Advisors Inc | | 14 | 14 | | 12/31/2018 | 13F | | 0 | 7 |
| 108 | Estabrook Capital Management LLC | Estabrook Capital Management LLC | | 14 | 0 | | 12/31/2018 | 13F | | 0 | 7 |
| 109 | Sound Income Strategies LLC | Sound Income Strategies LLC | | 10 | 0 | | 12/31/2018 | 13F | | 0 | 5 |
| 110 | Bedel Financial Consulting Inc | Bedel Financial Consulting Inc | | 1 | 0 | | 12/31/2018 | 13F | | 0 | 0 |
| 111 | City National Bank/Los Angeles CA | City National Bank/Los Angeles CA | | 0 | -247 | | 12/31/2018 | 13F | | 0 | 0 |
| 112 | Credit Suisse Group AG | -- | | 0 | -16,888 | | 12/31/2018 | ULT-AGG | | 0 | 0 |
| 113 | Beck Mack & Oliver LLC | Beck Mack & Oliver LLC | | 0 | -329,129 | | 12/31/2018 | 13F | | 0 | 0 |
| 114 | Manulife Financial Corp | -- | | 0 | -295 | | 9/30/2018 | ULT-AGG | | 0 | 0 |
| 115 | Ancora Advisors LLC | Ancora Advisors LLC | | 0 | -1,214 | | 12/31/2018 | 13F | | 0 | 0 |
| 116 | Savant Capital Management Inc | Savant Capital Management Inc | | 0 | -16,993 | | 12/31/2018 | 13F | | 0 | 0 |
| 117 | Honkamp Krueger Financial Services | Honkamp Krueger Financial Services Inc | | 0 | -525 | | 12/31/2018 | 13F | | 0 | 0 |
| 118 | Oregon Public Employees Retirement | Oregon Public Employees Retirement Fund | | 0 | -199,733 | | 12/31/2018 | 13F | | 0 | 0 |
| 119 | Cowen Inc | -- | | 0 | -56,517 | | 12/31/2018 | ULT-AGG | | 0 | 0 |
| 120 | Stratos Wealth Partners Ltd | Stratos Wealth Partners Ltd | | 0 | -297 | | 12/31/2018 | 13F | | 0 | 0 |
| 121 | O'Brien Wealth Partners LLC | O'Brien Wealth Partners LLC | | 0 | -100 | | 12/31/2018 | 13F | | 0 | 0 |
| 122 | Steward Partners Investment Adviso | Steward Partners Investment Advisory LLC | | 0 | -203 | | 12/31/2018 | 13F | | 0 | 0 |
| 123 | Pomelo Capital LLC | Pomelo Capital LLC | | 0 | -1,366,585 | | 9/30/2018 | 13F | | 0 | 0 |

| 124 | Mainstay Capital Management LLC | Mainstay Capital Management LLC | 0 | -415 | 12/31/2018 | 13F | 0 | 0 | 0 |