IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB Bank, N.A., as Trustee,<br><br>　　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>SANOFI,<br><br>　　　　　　　　　Defendant. | No. 15 Civ. 08725 (GBD) (RWL) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Tammy L. Roy of the law firm Cahill Gordon & Reindel LLP hereby enters her appearance as counsel for Plaintiff UMB Bank, N.A, as Trustee, in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: New York, New York
　　　　September 9, 2019

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Tammy L. Roy*
　　　　　　　　　　　　　　　　　　　Tammy L. Roy
　　　　　　　　　　　　　　　　　　　**CAHILL GORDON & REINDEL LLP**
　　　　　　　　　　　　　　　　　　　80 Pine Street
　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　Telephone: (212) 701-3000
　　　　　　　　　　　　　　　　　　　TRoy@Cahill.com