IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB Bank, N.A., as Trustee,<br><br>                              Plaintiff,<br><br>             - against -<br><br>SANOFI,<br><br>                              Defendant. | No. 15 Civ. 08725 (GBD) (RWL) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan D. Thier of the law firm Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for Plaintiff UMB Bank, N.A, as Trustee, in the above-captioned proceeding.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       September 9, 2019

                                        Respectfully submitted,

                                        */s/ Jonathan D. Thier*
                                        Jonathan D. Thier
                                        **CAHILL GORDON & REINDEL LLP**
                                        80 Pine Street
                                        New York, New York 10005
                                        Telephone: (212) 701-3000
                                        JThier@Cahill.com