IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB Bank, N.A., as Trustee,<br><br>      Plaintiff,<br><br>  - against -<br><br>SANOFI,<br><br>      Defendant. | No. 15 Civ. 08725 (GBD) (RWL) |

## NOTICE OF ENTRY OF APPEARANCE

  PLEASE TAKE NOTICE that Adam S. Mintz of the law firm Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for Plaintiff UMB Bank, N.A, as Trustee, in the above-captioned proceeding.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
   September 9, 2019

                  Respectfully submitted,

                  */s/ Adam S. Mintz*
                  Adam S. Mintz
                  **CAHILL GORDON & REINDEL LLP**
                  80 Pine Street
                  New York, New York 10005
                  Telephone: (212) 701-3000
                  AMintz@cahill.com