IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB Bank, N.A., as Trustee,<br><br>       Plaintiff,<br><br>    - against -<br><br>SANOFI,<br><br>       Defendant. | No. 15 Civ. 08725 (GBD) (RWL) |

## NOTICE OF ENTRY OF APPEARANCE

  PLEASE TAKE NOTICE that Margaret A. Barone of the law firm Cahill Gordon & Reindel LLP hereby enters her appearance as counsel for Plaintiff UMB Bank, N.A, as Trustee, in the above-captioned proceeding.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
   September 9, 2019

                     Respectfully submitted,

                     */s/ Margaret A. Barone*
                     Margaret A. Barone
                     **CAHILL GORDON & REINDEL LLP**
                     80 Pine Street
                     New York, New York 10005
                     Telephone: (212) 701-3000
                     MBarone@cahill.com