IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB Bank, N.A., as Trustee,<br><br>       Plaintiff,<br><br>    - against -<br><br>SANOFI,<br><br>       Defendant. | No. 15 Civ. 08725 (GBD) (RWL) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Caroline Saucier of the law firm Cahill Gordon & Reindel LLP hereby enters her appearance as counsel for Plaintiff UMB Bank, N.A, as Trustee, in the above-captioned proceeding.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
   September 9, 2019

                   Respectfully submitted,

                   */s/ Caroline Saucier*
                   Caroline Saucier
                   **CAHILL GORDON & REINDEL LLP**
                   80 Pine Street
                   New York, New York 10005
                   Telephone: (212) 701-3000
                   CSaucier@cahill.com