# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**John A. Neuwirth**
+1 212 310 8297
john.neuwirth@weil.com

September 10, 2019

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *UMB Bank, N.A. as Trustee v. Sanofi*, Case No. 1:15-cv-08725-GBD-RWL

Dear Judge Daniels:

We write jointly on behalf of Defendant Sanofi and Plaintiff UMB Bank, N.A., pursuant to Rule IV.B of Your Honor's Individual Practices, to request a modification to the page limits with respect to the parties' motions for summary judgment, which are due to be filed on Friday, September 13, 2019.

Rule IV.B of Your Honor's Individual Practices requires prior approval of the Court before a party may file an opening or opposition memorandum of law that exceeds twenty-five (25) pages or a reply memorandum of law that exceeds ten (10) pages. The parties respectfully submit that additional pages are necessary to address the issues to be presented in the parties' respective motions for summary judgment. The parties therefore jointly request leave to submit opening and opposition memoranda of law that are not to exceed forty (40) pages in length, and reply memoranda of law that are not to exceed fifteen (15) pages in length.

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP                CAHILL GORDON & REINDEL LLP

 *s/ John A. Neuwirth*                      *s/ Charles A. Gilman*
John A. Neuwirth                            Charles A. Gilman
767 5th Avenue                              80 Pine Street
New York, NY 10153                          New York, NY 10005
Telephone: 212-310-8297                     Telephone: 212-701-3403
john.neuwirth@weil.com                      cgilman@cahill.com
*Attorneys for Defendant*                   *Attorneys for Plaintiff*

WEIL:\97177078\1\71937.0101