UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |  |
|---|---|---|
| UMB BANK, N.A., as Trustee, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 15 Civ. 8725 (GBD) (RWL) |
| v. | : | |
| | : | ECF CASE |
| SANOFI, | : | |
| | : | **Oral Argument Requested** |
| Defendant. | : | |
| | : | |

---

### NOTICE OF SANOFI'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I, II, AND VII OF THE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the Declaration of Stefania D. Venezia, dated September 13, 2019, and the exhibits attached thereto, and Sanofi's Local Rule 56.1 Statement, Sanofi will, and hereby does, move this Court before the Honorable George B. Daniels, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be set by the Court, for an Order granting Sanofi's Motion for Summary Judgment on Counts I, II, and VII of the Second Amended Complaint, and for such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
   September 13, 2019

Respectfully submitted,

John A. Neuwirth
Joshua S. Amsel
Stefania D. Venezia
Justin D. D'Aloia
Jessica N. Djilani
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel:  (212) 310-8000
Fax:  (212) 310-8007

*Attorneys for Sanofi*