# Exhibit F

Page 1

```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF NEW YORK


UMB BANK, N.A., as Trustee, )
                            )
            Plaintiff,      ) No. 1:15-CV-08725
                            ) (GBD)(RWL)
       vs.                  )
                            )
SANOFI,                     )
                            )
            Defendant.      )
----------------------------)




     VIDEOTAPED DEPOSITION OF MANFRED CAESER
              New York, New York
           Thursday, March 14, 2019






Reported by:
KRISTIN KOCH, RPR, RMR, CRR
JOB NO. 156492
```

1                M. Caeser
2    referring to major markets ex-U.S.; correct?
3        A.    Yes.
4        Q.    Okay.  So can we just have an
5    understanding amongst all of us that if we
6    refer to major markets today, whether it's
7    yourself or myself, that we are excluding the
8    U.S. from that?
9        A.    Yes.
10             MR. MINTZ:  No objection.
11       Q.    And your report doesn't contain any
12   calculations of Sanofi's Lemtrada sales in the
13   major markets, does it?
14       A.    Say it again, please.
15             MR. MINTZ:  Objection to form.
16       Q.    Did you perform your own
17   calculations of Lemtrada sales?
18       A.    On my own calculation, no.
19       Q.    In the major markets.
20       A.    I did not do any calculations on my
21   own.  I am completely relying on the evidence
22   that was produced by Sanofi in the critical
23   time period.
24       Q.    So you have not performed a
25   calculation of sales of Lemtrada that would

1                    M. Caeser
2    have occurred had Sanofi commercialized
3    Lemtrada in a different manner; correct?
4         A.    That's not my task.
5         Q.    Okay.  Do you intend to do that?
6         A.    No.
7         Q.    Do you intend to offer any damages
8    testimony with respect to Sanofi's
9    commercialization of Lemtrada in the major
10   markets?
11             MR. MINTZ:  Objection to form.
12        Vague.
13        A.    I completely don't understand your
14   question.  What do you mean by --
15        Q.    Do you intend to provide any
16   calculations with respect to sales of Lemtrada
17   in the major markets?
18             MR. MINTZ:  Objection to form.
19        A.    No, I'm not supposed to provide my
20   own calculations.  As -- as the task is defined
21   right now, there is no basis for calculations.
22        Q.    Paragraphs 167 to 171 of your
23   report --
24        A.    Paragraph 67 --
25        Q.    167.