# Exhibit H

```
 1

 2          IN THE UNITED STATES DISTRICT COURT

 3        FOR THE SOUTHERN DISTRICT OF NEW YORK

 4

 5   UMB BANK, N.A., as Trustee, )
                                 )
 6               Plaintiff,      ) No. 1:15-cv-08725
                                 ) (GBD)(RWL)
 7          vs.                  )
                                 )
 8   SANOFI,                     )
                                 )
 9               Defendant.      )
     ---------------------------)

10

11

12

13

14

15

16    VIDEOTAPED DEPOSITION OF STEVEN JAMES SLOVICK

17                New York, New York

18             Tuesday, March 26, 2019

19

20

21

22

23   Reported by:

24   KRISTIN KOCH, RPR, RMR, CRR

25   JOB NO. 156496
```

1                           S. Slovick
2     around a product that would make them more
3     comfortable to prescribe the product, give it
4     to more patients and likely increase its sales.
5         Q.    Okay.  And I am going to come to
6     that in a little bit, but let me just go back
7     to something you said in the beginning of that
8     answer, is that the answer to my question
9     requires a fairly-substantive research and
10    financial calculation.
11              Did you do that substantive research
12    and financial calculation in connection with
13    the work you have done in this case?
14        A.    No.
15        Q.    Now, in paragraph of 32 of your
16    report, which is on page 8, you discuss a
17    February 2nd, 2011, analyst report by what you
18    describe as a financial firm named MBE
19    Associates.
20        A.    Yes.
21        Q.    Do you see that?
22        A.    Yes.
23        Q.    And you conclude based on your
24    review of that report that based on the
25    forecasts that are included, Lemtrada product

1                        S. Slovick

2    coverage at the time, again, it would be in

3    your report?

4        A.    It would be, yes.

5        Q.    What is MBE Associates?

6        A.    They are a financial company that

7    does reports and does provide information to

8    the industry on expectations.  They are one of

9    many companies that do forward-looking business

10   analysis into all the different therapeutic

11   areas.

12       Q.    Have you worked with MBE Associates

13   before?

14       A.    Not directly.  I do not know any of

15   the people that work there.

16       Q.    Have you relied on any of the work

17   performed by MBE Associates prior to the

18   inclusion of the MBE Associates analyst report

19   in your report?

20       A.    No.  This was specifically relevant

21   to this case.

22       Q.    Are you aware that MBE Associates is

23   actually not a real financial firm at all?

24       A.    No.

25       Q.    Would it surprise you if I told you

1                    S. Slovick

2    that MBE Associates is a group of Rutgers MBA

3    students that submitted the report upon which

4    you rely in connection with an equity analysis

5    competition?

6         A.   No, that would actually impress me

7    very much.  I think that's great.

8         Q.   And that the name MBE Associates

9    refers to the first names of the three Rutgers

10   MBA students, Martin, Brandon and Eric, that

11   would -- that would not surprise you?

12        A.   No.

13        Q.   Were you aware that the MBE

14   Associates analyst report upon which you rely

15   was student-generated work at the time you

16   relied upon it?

17        A.   I was not aware at the time, no.

18        Q.   Did you do anything to vet the MBE

19   Associates report before citing it and relying

20   upon it in your report?

21        A.   Not -- not beyond Internet research.

22        Q.   Do you think it's appropriate to

23   rely on student-generated financial analysis?

24        A.   It can be, yes.

25        Q.   When can it be?

1                          S. Slovick

2        Q.    Is that right?  What do you mean by

3    an independent forecast model?

4        A.    It's a bottom-up model that we built

5    from scratch utilizing typical modeling

6    characteristics and procedures that we would

7    use for any other projects we were working on.

8    We frequently do build models for clients for

9    launch planning, for business development,

10   in-licensing and out-licensing deals, so it's

11   an area in which we are well established, and

12   we looked very specifically at the situation of

13   the market at the time of launch in discussion,

14   and we looked at the criteria that are required

15   to build a model, we used secondary

16   information, both external as well as internal

17   to Sanofi Genzyme, and utilized the assumptions

18   that were the most likely and supportable that

19   would drive a forecast that we believe to be an

20   accurate forecast of where Lemtrada should have

21   been at the end of the CVR 1 period.

22       Q.    Did you believe those assumptions to

23   be reliable and supportable subsequent to the

24   Phase III top-line results being released?  In

25   other words -- let me ask a better question.

1                    S. Slovick

2    price elasticity on the macro and micro level.

3    That's the basis of my job.

4         Q.    So you believe yourself to be an

5    economist based on your professional experience

6    or your educational experience or both?

7         A.    A combination of both, yes.

8         Q.    Do you have any economics degrees?

9         A.    I do not have a specific economics

10   degree, but, as I mentioned, I have a general

11   master's in business administration.

12        Q.    Is there a focus in that MBA on

13   economics?

14        A.    No, but my background is in finance

15   and economics.  That's what I do.

16        Q.    The model that you used to predict

17   Lemtrada's sales, have you ever used that model

18   in other instances to predict sales

19   prospectively?

20        A.    This was built from scratch.

21        Q.    And used for the first time?

22        A.    Yes.

23        Q.    Do you believe it to be accurate?

24        A.    Yes.

25        Q.    Can you provide proof of its

1                        S. Slovick

2    the model, because the model doesn't use any

3    number higher than that.

4         Q.    And as far as the 24,000 per vial

5    number that's used here, the support for that

6    is entirely Sanofi's internal market

7    research --

8         A.    Yes.

9         Q.    -- with respect to the pricing of

10   Lemtrada?

11        A.    That's correct.

12        Q.    And that's as referenced in your

13   report in Appendix B?

14        A.    Yes, based upon what I consider to

15   be a high-quality research project done by a

16   very-highly-reputable firm.

17             MR. AMSEL:  Let me mark as Slovick

18        Exhibit 5 an e-mail dated December 12,

19        2013, bearing Bates numbers 21427416

20        through 21427444 with an Excel native file

21        in the back.

22             (Slovick Exhibit 5, e-mail dated

23        December 12, 2013, with attachment, Bates

24        stamped SAN-CVR 021427416 through SAN-CVR

25        021427444, with attachment, marked for

1                      S. Slovick

2   opines on a launch date prior to that, because

3   I know that the discount in the value of the

4   product by launching in December compared to

5   January is huge, 30 or 40 million dollars at

6   least.

7        Q.    That's not the question I am asking.

8   Let me just ask my question again.

9              In the scenarios that are

10  articulated in your report, none of them have

11  as an assumption a launch date for Lemtrada in

12  the United States that is earlier than

13  January 1 of 2015?

14             MR. ANDRUS:  Objection.

15       Q.    Is that correct?

16             MR. ANDRUS:  Objection.

17       A.    That's correct, because that's when

18  we believe it should have launched.

19       Q.    And isn't it, in fact, the case, and

20  you, yourself, have just articulated that you

21  ran the numbers with an earlier launch date,

22  that applying an assumption of a launch date

23  earlier than January 1 of 2015 would result in

24  lower sales than a model that uses as an

25  assumption a launch date of January 1, 2015?