UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, N.A., as Trustee,<br><br>                      Plaintiff,<br><br>        v.<br><br>SANOFI,<br><br>                      Defendant. | Case No. 15 Civ. 8725 (GBD) (RWL)<br><br>ECF CASE |

### DECLARATION OF JOSHUA S. AMSEL
### IN SUPPORT OF SANOFI'S MOTION TO FILE UNDER SEAL

I, Joshua S. Amsel, hereby declare, under penalty of perjury, as follows:

1. I am a partner with the law firm of Weil, Gotshal & Manges LLP, counsel to Sanofi. I submit this Declaration in support of Sanofi's Motion to File Under Seal.

2. Attached hereto as Exhibit A is a list of the documents Sanofi seeks to file under seal or with redactions.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2019

_____
Joshua S. Amsel