# Exhibit A

## Documents Sought To Be Filed Under Seal

| 1 | Excerpts from the January 24, 2019 expert report of S. Albert Edwards |
|---|---|
| 2 | Excerpts from the January 2019 expert report of Dr. Richard Chin |
| 3 | Excerpts from the January 17, 2019 expert report of Sidney P. Blum |
| 4 | Excerpts from the January 25, 2019 expert report of Steve J. Slovick |
| 5 | Excerpts from the January 23, 2019 expert report of Dr. Janice A. Phillips, Ph.D. |
| 6 | Excerpts from the January 24, 2019 expert report of David E. Smolin |

## Document Sought To Be Filed With Redactions

Memorandum of Law in Support of Sanofi's Motion for Summary Judgment on Counts I, II, and VII of the Second Amended Complaint