**SUBJECT TO PROTECTIVE ORDER**
Contents hereof are subject to a court-ordered protective order governing its use and dissemination

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

UMB Bank, N.A., as Trustee,

                            Plaintiff,                    No. 15 Civ. 08725 (GBD) (RWL)

                  - against -

SANOFI,

                            Defendant.

---

**DECLARATION OF ADAM S. MINTZ IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT AS TO
COUNTS I, II AND VII OF THE SECOND AMENDED COMPLAINT**

I, Adam S. Mintz, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am admitted to the bars of the State of New York and this Court.  I am an attorney at the law firm of Cahill Gordon & Reindel LLP, counsel for the Plaintiff, UMB Bank, N.A., as Trustee, in this action.  I make this declaration in support of Plaintiff's Motion for Summary Judgment as to Counts I, II and VII of the Second Amended Complaint.

2.      I submit this declaration to place before the Court certain documents referenced in the Statement of Undisputed Material Facts in Support of Plaintiff's Motion for Summary Judgment as to Counts I, II and VII of the Second Amended Complaint.  These documents are listed in Exhibit A.

3.      True and correct copies of the documents listed in <u>Exhibit A</u> are attached hereto. Due to the size of certain exhibits, certain of these documents are excerpted for the Court's convenience, as indicated in <u>Exhibit A</u>.   We will provide complete copies of the excerpted documents at the Court's request.

I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the foregoing is true and correct.

Dated: September 13, 2019

_____

Adam S. Mintz

2

**SUBJECT TO PROTECTIVE ORDER**
Contents hereof are subject to a court-ordered protective order governing its use and dissemination

Exhibit A

**TABLE OF EXHIBITS REFERENCED IN
LOCAL RULE 56.1 STATEMENT IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT**

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---------|-------------|--------------------|--------------------|
| 1. | Plaintiff's Exhibit 106, Contingent Value Rights Agreement by and between Sanofi-Aventis and American Stock Transfer & Trust Company, LLC, dated March 30, 2011 | | |
| 2. | *Our History*, UMB FINANCIAL CORPORATION WEBSITE, available at https://www.umb.com/personal/aboutumb/company/our-history, last visited August 28, 2019 | | |
| 3. | *About Us*, SANOFI WEBSITE, available at https://www.sanofi.com/en/about-us/sanofi-at-a-glance, last visited July 31, 2019 | | |
| 4. | *Investors Contacts*, SANOFI WEBSITE, available at https://www.sanofi.com/en/investors/contact, last visited August 28, 2019 | | |
| 5. | *About Us*, SANOFI GENZYME WEBSITE, available at https://www.sanofigenzyme.com/en/about-us, last visited August 28, 2019 | | |
| 6. | *Genzyme Confirms Receipt of Unsolicited Proposal*, SANOFI GENZYME WEBSITE (Aug. 30, 2010), available at https://www.sanofigenzyme.com/en/about-us/newsroom/archive/2010/2010-08-30-07-37-00, last visited September 12, 2019 | | |
| 7. | ███████████████████ | Excerpted (SAN-CVR 017217439 to SAN-CVR 017217487) | Yes |

---

[1] For documents not submitted in full, this column identifies the document as "Excerpted" and, where applicable, provides the pages of the complete document.  All other exhibits are submitted in full.

[2] Exhibits filed under seal are denoted with a "Yes."  Partially redacted exhibits are denoted with "Redacted."  All other exhibits are filed publicly.

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---|---|---|---|
| 8. | Genzyme Corporation, Schedule 14D-9, Solicitation/Recommendation Statement Pursuant to Section 14(d)(4) of the Securities Exchange Act of 1934, dated March 7, 2011, available at https://www.sec.gov/Archives/edgar/data/732485/000095012311022458/b85369sc14d9za.htm, last visited September 12, 2019 | | |
| 9. | ██████████████████████ | Excerpted (SAN-CVR 013900085 to SAN-CVR 013900095) | Yes |
| 10. | Agreement and Plan of Merger among Sanofi-Aventis, GC Merger Corp. and Genzyme Corporation, dated February 16, 2011, available at https://www.sec.gov/Archives/edgar/data/732485/000095012311014482/b85002exv2w1.htm, last visited September 12, 2019 | | |
| 11. | *Sanofi-Aventis Successfully Completes Exchange Offer for Genzyme Corporation*, PR NEWSWIRE (April 4, 2011) available at https://www.prnewswire.com/news-releases/sanofi-aventis-successfully-completes-exchange-offer-for-genzyme-corporation-119161914.html, last visited September 12, 2019 | | |
| 12. | *Sanofi to Buy Genzyme for more than $20 Billion*, REUTERS (February 16, 2011) available at https://www.reuters.com/article/us-genzyme-sanofi-idUSTRE71E4XI20110216, last visited September 12, 2019 | | |
| 13. | ██████████████████████ | | Yes |
| 14. | Offer to Exchange Each Outstanding Share of Common Stock of Genzyme Corporation filed pursuant to Rule 424(b)(3), available at https://www.sec.gov/Archives/edgar/data/1121404/000119312511082363/d424b3.htm, last visited September 3, 2019 | | |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---------|-------------|--------------------|--------------------|
| 15. | ██████████████████████████ | | Yes |
| 16. | ██████████████████████████ | | Yes |
| 17. | ██████████████████████████ | Excerpted (SAN-CVR 013574062 to SAN-CVR 013574346) | Yes |
| 18. | Sanofi Form 20-F 2012, available at https://www.sanofi.com/-/media/Project/One-Sanofi-Web/Websites/Global/Sanofi-COM/Home/fr/publications/31972_20-F_2012_V2.pdf, last visited Sept. 11, 2019 | | |
| 19. | Questions and Answers Regarding the CVR, available at https://www.sec.gov/Archives/edgar/data/732485/000095012311017162/b85162exv99waw43.htm, last visited September 11, 2019 | | |
| 20. | Sanofi Form 20-F 2018, available at https://www.sanofi.com/-/media/Project/One-Sanofi-Web/Websites/Global/Sanofi-COM/Home/common/docs/investors/Sanofi-20-F-2018-EN-PDF-e-accessible_01.pdf, last visited September 11, 2019 | | |
| 21. | Sanofi Form 20-F 2016, available at http://www.annualreports.com/HostedData/AnnualReportArchive/s/NYSE_SNY_2016.pdf, last visited September 11, 2019 | | |
| 22. | Sanofi Form 20-F 2013, available at https://www.companyreporting.com/sites/default/files/annual-report-index/sanofi-aventis-annual-report-2013.pdf, last visited September 11, 2019 | | |
| 23. | ██████████████████████████ | | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---|---|---|---|
| 24. | Lemtrada Full Prescribing Information, revised October 2017, available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/103948s5158lbl.pdf, last visited September 12, 2013 | Excerpted | |
| 25. | October 18, 2018 Videotaped Deposition of Olivier Brandicourt<br>Pages 1, 6, 15, 44, 51, 52-54, 64-66, 80-81, 91, 97 | Excerpted | Redacted |
| 26. | August 29, 2018 Videotaped Deposition of Christopher Viehbacher<br>Pages 1, 14, 47, 49, 59, 79, 93, 105, 114, 129-131, 136, 164-165, 235, 273, 326 | Excerpted | Redacted |
| 27. | ██████████████████████ | | Yes |
| 28. | ██████████████████████ | | Yes |
| 29. | ██████████████████████ | | Yes |
| 30. | ██████████████████████ | | Yes |
| 31. | ██████████████████████ | | Yes |
| 32. | ██████████████████████ | | Yes |
| 33. | ██████████████████████ | | Yes |
| 34. | Aubagio Highlights of Prescribing Information, dated Sept. 12, 2012 | Excerpted | |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---|---|---|---|
| 35. | Abstract, Teriflunomide, an Inhibitor of Dihydroorotate Dehydrogenase for the Potential Oral Treatment of Multiple Sclerosis (November 11, 2010) | | |
| 36. | *Dear Sanofi: Firing CEO Chris Viehbacher Is a Huge Mistake*, FORBES (October 29, 2014), available at https://www.forbes.com/sites/matthewherper/2014/10/29/dear-sanofi-firing-ceo-chris-viehbacher-is-a-huge-mistake/#4617521b75c0, last visited September 12, 2019 | | |
| 37. | October 18, 2018 Videotaped Deposition of Serge Weinberg<br>Pages 1, 15, 18, 23, 47, 49-50, 84-85, 119 | Excerpted | Redacted |
| 38. | *Sanofi's CFO Contamine to Retire Later this Year*, REUTERS (April 17, 2018) available at https://www.reuters.com/article/us-sanofi-management/sanofis-cfo-contamine-to-retire-later-this-year-idUSKBN1HO2YQ), last visited September 12, 2019 | | |
| 39. | November 7, 2018 Deposition of Dr. Elias Zerhouni<br>Pages 1, 7, 40-41, 56-57, 114-115, 202, 304 | Excerpted | Redacted |
| 40. | *John Reed to Replace Zerhouni as Sanofi Head of Global R&D*, REUTERS (April 24, 2018) available at https://www.reuters.com/article/brief-john-reed-to-replace-zerhouni-as-s/brief-john-reed-to-replace-zerhouni-as-sanofi-head-of-global-rd-idUSFWN1S106D, last visited September 12, 2019 | | |
| 41. | *Sanofi Appoints David Meeker Chief Executive Officer of Genzyme*, SANOFI GENZYME WEBSITE (October 24. 2011) available at https://news.genzyme.com/press-release/sanofi-appoints-david-meeker-chief-executive-officer-genzyme, last visited September 12, 2019 | | |
| 42. | July 26, 2018 Deposition of David Meeker<br>Pages 1, 10-12, 43, 92, 115, 298-299 | Excerpted | Redacted |
| 43. | June 14, 2018 Videotaped Deposition of Marc Esteva<br>Pages 1, 14, 18-19, 28, 30, 114, 216 | Excerpted | Redacted |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---|---|---|---|
| 44. | *Bill Sibold, Executive Vice President and Head of Sanofi Genzyme*, SANOFI GENZYME WEBSITE, available at https://www.sanofigenzyme.com/en/about-us/our-leadership/bill-sibold, last visited August 28, 2019 | | |
| 45. | *Bill Sibold*, LINKEDIN, website, last visited August 29, 2019 | | |
| 46. | July 31, 2018 Videotaped Deposition of Mark W. Underwood<br>Pages 1, 9, 10, 200, 281-282 | Excerpted | Redacted |
| 47. | *Mark Underwood*, LINKEDIN, website, last visited August 2, 2019 | | |
| 48. | *Stephen Lake*, LINKEDIN, website, last visited August 2, 2019 | | |
| 49. | November 16, 2017 Videotaped Deposition of Dr. Stephen Lake<br>Pages 1, 11, 16, 23, 33, 36-37, 43, 44, 46, 138, 148, 160-161, 178-180, 261-262 | Excerpted | Redacted |
| 50. | *Michael Panzara*, LINKEDIN, website, last visited August 2, 2019 | | |
| 51. | October 24, 2017 Videotaped Deposition of Michael Panzara, M.D.<br>Pages 1, 14, 18-21, 37, 62-63, 107 | Excerpted | Redacted |
| 52. | November 1, 2017 Videotaped Deposition of Jennifer Panagoulias<br>Pages 1, 10-12, 24-25, 73, 159, 164, 191-192, 228 | Excerpted | Redacted |
| 53. | *Tom Snow*, LINKEDIN, website, last visited Sept. 12, 2019 | | |
| 54. | *Carole Huntsman*, LINKEDIN, website, last visited Sept. 12, 2019 | | |
| 55. | September 5, 2018 Deposition of Jerome Contamine – Volume I<br>Pages 1, 292 | Excerpted | |

6

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---|---|---|---|
| 56. | July 17, 2018 Deposition of William J. Sibold Pages 1, 17, 18, 21, 68, 75, 77, 100-101, 143-144, 177, 185, 229-230 | Excerpted | Redacted |
| 57. | June 22, 2018 Videotaped Deposition of Thomas J. Snow Pages 1, 8-11 | Excerpted | |
| 58. | May 8, 2018 Videotaped Deposition of Carole Huntsman Pages 1, 34, 35, 80-81, 144, 194-195, 198-199, 254-256 | Excerpted | Redacted |
| 59. | Plaintiff UMB Bank, N.A., as Trustee's Responses and Objections to Defendant's First Set of Requests for Admission (December 20, 2018) | | |
| 60. | ███████████████████████ ██████████████ | | Yes |
| 61. | ███████████████████████ ██████████████████ | Excerpted (SAN-CVR 013627968 to SAN-CVR 013627996) | Yes |
| 62. | █████████████ █████████████████████ | | Yes |
| 63. | █████████████████ ████████████████ | | Yes |
| 64. | ██████████████████████ █████████████████████ | | Yes |
| 65. | █████████████ █████ ████████████████ | | Yes |
| 66. | ███████████████████ ██████████████████ | Excerpted (SAN-CVR 019339499 to SAN-CVR 019339519) | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---------|-------------|--------------------|---------------------|
| 67. |  | Excerpted (SAN-CVR 011688133 to SAN-CVR 011688161) | Yes |
| 68. |  |  | Yes |
| 69. |  | Excerpted (SAN-CVR 019819745 to SAN-CVR 019819746) | Yes |
| 70. |  | Excerpted (SAN-CVR 016636128 to SAN-CVR 016636145) | Yes |
| 71. |  | Excerpted (SAN-CVR 013567895 to SAN-CVR 013567930) | Yes |
| 72. |  | Excerpted (SAN-CVR 012986405 to SAN-CVR 012986409) | Yes |
| 73. |  |  | Yes |
| 74. |  |  | Yes |
| 75. |  |  | Yes |
| 76. |  | Excerpted (SAN-CVR 016522111 to SAN-CVR 016522194) | Yes |
| 77. |  | Excerpted (SAN-CVR 013048879 to SAN-CVR 013048885) | Yes |
| 78. |  | Excerpted (SAN-CVR 011002038 to SAN-CVR 011002224) | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---|---|---|---|
| 79. | ███████████████████ | Excerpted (SAN-CVR 011016760 to SAN-CVR 011016946) | Yes |
| 80. | ███████████████████ | | Yes |
| 81. | ███████████████████ | | Yes |
| 82. | ███████████████████ | Excerpted (SAN-CVR 011935545 to SAN-CVR 011935608) | Yes |
| 83. | ███████████████████ | Excerpted (SAN-CVR 013299934 to SAN-CVR 013300024) | Yes |
| 84. | ███████████████████ | Excerpted (SAN-CVR 013548762 to SAN-CVR 013548930) | Yes |
| 85. | ███████████████████ | | Yes |
| 86. | ███████████████████ | Excerpted (SAN-CVR 012982192 to SAN-CVR 012982272) | Yes |
| 87. | ███████████████████ | Excerpted (SAN-CVR 012464536 to SAN-CVR 012464727) | Yes |
| 88. | ███████████████████ | Excerpted (SAN-CVR 013372471 to SAN-CVR 013372542) | Yes |
| 89. | ███████████████████ | | Yes |
| 90. | ███████████████████ | | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---------|-------------|--------------------|---------------------|
| 91. | █████████████ | | Yes |
| 92. | █████████████ | | Yes |
| 93. | █████████████ | | Yes |
| 94. | █████████████ | | Yes |
| 95. | █████████████ | | Yes |
| 96. | █████████████ | | Yes |
| 97. | █████████████ | Excerpted (SAN-CVR 011719405 to SAN-CVR 011719434) | Yes |
| 98. | █████████████ | | Yes |
| 99. | █████████████ | | Yes |
| 100. | █████████████ | | Yes |
| 101. | █████████████ | | Yes |
| 102. | █████████████ | | Yes |
| 103. | █████████████ | | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---|---|---|---|
| 104. | ███████████████████ | Excerpted (SAN-CVR 012627846 to SAN-CVR 012628262) | Yes |
| 105. | ███████████████████ | | Yes |
| 106. | ███████████████████ | | Yes |
| 107. | ███████████████████ | | Yes |
| 108. | ███████████████████ | | Yes |
| 109. | ███████████████████ | | Yes |
| 110. | ███████████████████ | Excerpted (SAN-CVR 020976818 to SAN-CVR 020976823) | Yes |
| 111. | ███████████████████ | | Yes |
| 112. | ███████████████████ | | Yes |
| 113. | ███████████████████ | | Yes |
| 114. | ███████████████████ | | Yes |
| 115. | May 3, 2018 Videotaped Deposition of Pamela Williamson Pages 1, 43, 91, 159-160, 217-272 | Excerpted | Redacted |
| 116. | ███████████████████ | | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---|---|---|---|
| 117. | ████████████████████ ████████████████████ | | Yes |
| 118. | ████████████████████ | | Yes |
| 119. | ████████████████████ | Excerpted (SAN-CVR 014307689 to SAN-CVR 014307690) | Yes |
| 120. | ████████████████████ | Excerpted (SAN-CVR 013952588 to SAN-CVR 013952590) | Yes |
| 121. | ████████████████████ | | Yes |
| 122. | *Primary Progressive MS (PPMS)*, NATIONAL MULTIPLE SCLEROSIS SOCIETY, available at https://www.nationalmssociety.org/What-is-MS/Types-of-MS/Primary-progressive-MS, last visited August 29, 2019 | | |
| 123. | ████████████████████ | Excerpted (SAN-CVR 015176808 to SAN-CVR 015176814) | Yes |
| 124. | ████████████████████ | | Yes |
| 125. | ████████████████████ | | Yes |
| 126. | ████████████████████ ████████████████████ | | Yes |
| 127. | ████████████████████ | | Yes |
| 128. | ████████████████████ ████████████████████ | | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---------|-------------|--------------------|---------------------|
| 129. | ███████████████ ███████████████ | | Yes |
| 130. | ███████████████ ███████████████ | Excerpted (SAN-CVR 019185362 to SAN-CVR 019185630) | Yes |
| 131. | *FDA Approves New Drug to Treat Multiple Sclerosis*, U.S. FOOD & DRUG ADMINISTRATION (Mar. 29, 2017), available at https://www.fda.gov/news-events/press-announcements/fda-approves-new-drug-treat-multiple-sclerosis, last visited September 12, 2019 | | |
| 132. | *Roche's Ocrevus Continues Winning Streak as NICE Flip-Flops on Initial Rejection*, FIERCEPHARMA (May 9, 2019), available at https://www.fiercepharma.com/pharma/roche-genentech-s-ocrevus-continues-winning-streak-after-nice-flip-flops-initial-guidance, last visited September 12, 2019 | | |
| 133. | ███████████████ ███████████████ | Excerpted (SAN-CVR 016031575 to SAN-CVR 016031615) | Yes |
| 134. | ███████████████ | | Yes |
| 135. | ███████████████ ███████████████ | | Yes |
| 136. | ███████████████ ███████████████ | | Yes |
| 137. | ███████████████ ███████████████ | | Yes |
| 138. | ███████████████ | | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---------|-------------|---------------------|---------------------|
| 139. | ███████████████████████████ ███████████████████████████ | | Yes |
| 140. | ███████████████████████████ ███████████████████████████ | | Yes |
| 141. | *Development & Approval Process (Drugs)*, U.S. FOOD & DRUG ADMINISTRATION (last updated June 13, 2018), available at https://www.fda.gov/drugs/developmentapprovalprocess/default.htm, last visited September 12, 2019 | | |
| 142. | ███████████████████████████ ███████████████████████████ | | Yes |
| 143. | ███████████████████████████ | | Yes |
| 144. | ███████████████████████████ ███████████████████████████ | | Yes |
| 145. | *Open Label Study*, NATIONAL CANCER INSTITUTE, available at https://www.cancer.gov/publications/dictionaries/cancer-terms/def/open-label-study, last visited September 3, 2019 | | |
| 146. | *Blind Study*, MEDICAL DICTIONARY, available at https://medical-dictionary.thefreedictionary.com/blind+study, last visited September 3, 2019 | | |
| 147. | ███████████████████████████ ███████████████████████████ | Excerpted (SAN-CVR 010980257 to SAN-CVR 010980337) | Yes |
| 148. | ███████████████████████████ ███████████████████████████ | | Yes |

14

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---|---|---|---|
| 149. | FDA Licensing Rule, 21 C.F.R. § 601.20, available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?fr=601.20, last visited September 13, 2019 | | |
| 150. | FDA Licensing Rule, 21 C.F.R. § 601.12, available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?fr=601.12, last visited September 13, 2019 | | |
| 151. | ████████████████████████ | | Yes |
| 152. | FDA Applications for FDA Approval to Market a New Drug Rule, 21 C.F.R. § 314.126, available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/cfrsearch.cfm?fr=314.126, last visited September 13, 2019 | | |
| 153. | ████████████████████████ | | Yes |
| 154. | ████████████████████████ | | Yes |
| 155. | ████████████████████████ | | Yes |
| 156. | ████████████████████████ | | Yes |
| 157. | ████████████████████████ | | Yes |
| 158. | ████████████████████████ | Excerpted | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---------|-------------|--------------------|--------------------|
| 159. | ███████████████████ | | Yes |
| 160. | ███████████████████ | | Yes |
| 161. | ███████████████████ | | Yes |
| 162. | *Genzyme Receives Complete Response Letter from FDA on Lemtrada (alemtuzumab) Application*, SANOFI GENZYME WEBSITE (Dec. 30, 2013), available at https://www.sanofigenzyme.com/en/about-us/newsroom/archive/2013/2013-12-30-01-02-00, last visited September 12, 2019 | | |
| 163. | ███████████████████ | | Yes |
| 164. | ███████████████████ | | Yes |
| 165. | *Genzyme's Lemtrada Approved by the FDA*, SANOFI GENZYME WEBSITE (Nov. 14, 2014), available at https://news.genzyme.com/press-release/genzymes-lemtrada-approved-fda, last visited September 13, 2019 | | |
| 166. | ███████████████████ | | Yes |
| 167. | ███████████████████ | | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---|---|---|---|
| 168. | Statistical Review and Evaluation, Clinical Studies, *sBLA of Natalizumab* (2005), available at https://wayback.archive-it.org/7993/20170405065340/https://www.fda.gov/ohrms/dockets/ac/06/briefing/2006-4208B1_01_05FDAStatistical%20review.pdf, last visited September 12, 2019 | | |
| 169. | ███████████████████████ ████████████████████ | | Yes |
| 170. | ███████████████████████ ████████████████████ | Excerpted (SAN-CVR 014759929 to SAN-CVR 014760214) | Yes |
| 171. | ████████████████████████ ███ | | Yes |
| 172. | Jiameng Zhang et al., *EDSS variability before randomization may limit treatment discovery in primary progressive MS*, MULTIPLE SCLEROSIS JOURNAL (Date Received: Apr. 24, 2012), available at https://www.researchgate.net/publication/231742503_EDSS_variability_before_randomization_may_limit_treatment_discovery_in_primary_progressive_MS, last visited September 13, 2019 | | |
| 173. | ████████████████████████ ██ | | Yes |
| 174. | ██████████████████████████ ████████████ ████████████████████████ | Excerpted (SAN-CVR 018309508 to SAN-CVR 018309786) | Yes |
| 175. | ███████████████████████ █████████████████████████ | | Yes |
| 176. | ███████████████████████ █ ████████████████████████ | | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---------|-------------|--------------------|---------------------|
| 177. | ████████████ | | Yes |
| 178. | ████████████ | | Yes |
| 179. | ████████████ | | Yes |
| 180. | ████████████ | | Yes |
| 181. | ████████████ | | Yes |
| 182. | ████████████ | | Yes |
| 183. | ████████████ | | Yes |
| 184. | ████████████ | | Yes |
| 185. | ████████████ | | Yes |
| 186. | ████████████ | | Yes |
| 187. | ████████████ | Excerpted (SKP000001 to SKP000261) | Yes |
| 188. | ████████████ | | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---------|-------------|-------------------|---------------------|
| 189. | ████████████ | Excerpted (SAN-CVR 012051278 to SAN-CVR 012051307) | Yes |
| 190. | ████████████ | Excerpted (SAN-CVR 010784722 to SAN-CVR 010784796) | Yes |
| 191. | ████████████ | Excerpted (SAN-CVR 012650905 to SAN-CVR 012650921) | Yes |
| 192. | ████████████ | | Yes |
| 193. | ████████████ | | Yes |
| 194. | ████████████ | Excerpted (SAN-CVR 020223180 to SAN-CVR 020223208) | Yes |
| 195. | ████████████ | | Yes |
| 196. | *Alemtuzumab*, COMMISSION DE LA TRANSPARENCE (Oct. 3, 2018), available at https://www.has-sante.fr/upload/docs/evamed/CT-16924_LEMTRADA_PICr%C3%A9%C3%A9val_avis3_CT16924%20(2).pdf, last visited September 12, 2019 | | |
| 197. | ████████████ | Excerpted (SAN-CVR 022141460 to SAN-CVR 022141465) | Yes |
| 198. | ████████████ | | Yes |
| 199. | ████████████ | | Yes |

19

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---------|-------------|--------------------|---------------------|
| 200. | ██████████████ | | Yes |
| 201. | ██████████████ | | Yes |
| 202. | ██████████████ | | Yes |
| 203. | ██████████████ | | Yes |
| 204. | ██████████████ | | Yes |
| 205. | ██████████████ | Excerpted (SAN-CVR 010973216 to SAN-CVR 010973311) | Yes |
| 206. | ██████████████ | | Yes |
| 207. | ██████████████ | | Yes |
| 208. | ██████████████ | | Yes |
| 209. | ██████████████ | | Yes |
| 210. | ██████████████ | | Yes |
| 211. | ██████████████ | | Yes |
| 212. | ██████████████ | | Yes |
| 213. | ██████████████ | | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---------|-------------|-------------------|---------------------|
| 214. | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | Excerpted (SAN-CVR 016102085 to SAN-CVR 016102151) | Yes |
| 215. | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | | Yes |
| 216. | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | | Yes |
| 217. | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | | Yes |
| 218. | ▉▉▉▉▉▉▉▉▉▉ | | Yes |
| 219. | ▉▉▉▉▉▉▉▉▉▉ | | Yes |
| 220. | ▉▉▉▉▉▉▉▉▉▉ | | Yes |
| 221. | ▉▉▉▉▉▉▉▉▉▉ | | Yes |
| 222. | ▉▉▉▉▉▉▉▉▉▉ | | Yes |
| 223. | ▉▉▉▉▉▉▉▉▉▉ | | Yes |
| 224. | ▉▉▉▉▉▉▉▉▉▉ | | Yes |
| 225. | ▉▉▉▉▉▉▉▉▉▉ | | Yes |
| 226. | ▉▉▉▉▉▉▉▉▉▉ | | Yes |
| 227. | ▉▉▉▉▉▉▉▉▉▉ | | Yes |
| 228. | ▉▉▉▉▉▉▉▉▉▉ | | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---|---|---|---|
| 229. | | | Yes |
| 230. | | | Yes |
| 231. | | | Yes |
| 232. | | | Yes |
| 233. | | | Yes |
| 234. | | | Yes |
| 235. | | | Yes |
| 236. | | | Yes |
| 237. | | | Yes |
| 238. | | | Yes |
| 239. | | Excerpted (SAN-CVR 017883097 to SAN-CVR 017883152) | Yes |
| 240. | | Excerpted (SAN-CVR 014751389 to SAN-CVR 014751447) | Yes |
| 241. | | Excerpted (SAN-CVR 013367428 to SAN-CVR 013367577) | Yes |
| 242. | | Excerpted (SAN-CVR 014688672 to SAN-CVR 014688737) | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---|---|---|---|
| 243. | ██████████████████████ | | Yes |
| 244. | ██████████████████████ | Excerpted (SAN-CVR 011630787 to SAN-CVR 011630830) | Yes |
| 245. | ██████████████████████ | | Yes |
| 246. | ██████████████████████ | | Yes |
| 247. | ██████████████████████ | Excerpted (SAN-CVR 011833494 to SAN-CVR 011833665) | Yes |
| 248. | ██████████████████████ | | Yes |
| 249. | ██████████████████████ | | Yes |
| 250. | ██████████████████████ | | Yes |
| 251. | ██████████████████████ | | Yes |
| 252. | ██████████████████████ | Excerpted (SAN-CVR 014762039 to SAN-CVR 014762115) | Yes |
| 253. | ██████████████████████ | | Yes |
| 254. | Carly Helfand, *The Bright Side to Sanofi's Lemtrada Delay?  Its Support-to-Sell Marketing Plan*, FIERCEPHARMA (Dec. 23, 2014), available at https://www.fiercepharma.com/sales-and-marketing/bright-side-to-sanofi-s-lemtrada-delay-its-support-to-sell-marketing-plan, last visited September 13, 2019 | | |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---|---|---|---|
| 255. | ███████████████████ | Excerpted (SAN-CVR 014888538 to SAN-CVR 014888602) | Yes |
| 256. | ███████████████████ | | Yes |
| 257. | ███████████████████ | Excerpted (SAN-CVR 01277630 to SAN-CVR 012772742) | Yes |
| 258. | ███████████████████ | Excerpted (SAN-CVR 011621391 to SAN-CVR 011621397) | Yes |
| 259. | ███████████████████ | | Yes |
| 260. | ███████████████████ | | Yes |
| 261. | ███████████████████ | | Yes |
| 262. | ███████████████████ | | Yes |
| 263. | ███████████████████ | | Yes |
| 264. | ███████████████████ | | Yes |
| 265. | ███████████████████ | | Yes |
| 266. | ███████████████████ | | Yes |
| 267. | ███████████████████ | | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---|---|---|---|
| 268. | ███████████ ███████████ | Excerpted (MDYS SANOFI 000107 to MDYS SANOFI 000320) | Yes |
| 269. | Cerezyme®, available at https://www.cerezyme.com/ last visited June 27, 2019 | | |
| 270. | *Genetics Home Reference:  Gaucher disease*, NATIONAL INSTITUTE OF HEALTH, available at https://ghr.nlm.nih.gov/condition/gaucher-disease, last visited June 27, 2019 | | |
| 271. | *What Is Gaucher Disease?*, NATIONAL GAUCHER FOUNDATION, available at https://www.gaucherdisease.org/about-gaucher-disease/what-is/, last visited June 27, 2019 | | |
| 272. | *Proposed Text of the Labelling of the Drug, Cerezyme* (March 2003) available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2005/20367s066lbl.pdf, last visited September 13, 2019 | | |
| 273. | Fabrazyme®, available at https://www.fabrazyme.com, last visited June 27, 2019 | | |
| 274. | *What is Fabry Disease*, FABRY SUPPORT & INFORMATION GROUP (FSIG), available at http://www.fabry.org/fsig.nsf/pages/fabry, last visited June 27, 2019 | | |
| 275. | ███████████ ███████████ | Excerpted (Evercore-UMB-00018877 to Evercore-UMB-00018981) | Yes |
| 276. | SANOFI-GENZYME, *Press Release: Genzyme Reports Progress Related to Allston Plant* (June 25, 2009), available at https://news.genzyme.com/press-release/genzyme-reports-progress-related-allston-plant, last visited September 13, 2019 | | |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---------|-------------|--------------------|---------------------|
| 277. | ███████████████████ ███████████████████ | Excerpted (SAN-CVR 010777976 to SAN-CVR 010778009) | Yes |
| 278. | ███████████████████ ███████████████████ | | Yes |
| 279. | ███████████████████ ███████████████████ | Excerpted (WGM-CVR 00041978 to WGM-CVR 00042027) | Yes |
| 280. | ███████████████████ ███████████████████ | | Yes |
| 281. | ███████████████████ ███████████████████ | | Yes |
| 282. | ███████████████████ ███████████████████ | | Yes |
| 283. | ███████████████████ ███████████████████ | Excerpted (Evercore-UMB-00015892 to Evercore-UMB-00015898) | Yes |
| 284. | ███████████████████ | | Yes |
| 285. | ███████████████████ ███████████████████ | | Yes |
| 286. | October 12, 2018 Videotaped Deposition of William Aitchison Pages 1, 24-25, 109, 190-91 | Excerpted | Redacted |
| 287. | August 29, 2018 Videotaped Deposition of Sandra Poole Pages 1, 179, 247-48, 286-87 | Excerpted | |
| 288. | ███████████████████ ███████████████████ | | Yes |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---|---|---|---|
| 289. | ████████████████████ ██ ████████████████████ ████████████████████ | | Yes |
| 290. | October 19, 2018 Videotaped Deposition of Martin Solberg Pages 1, 230-231 | Excerpted | Redacted |
| 291. | ████████████████████ ██ ████████████████████ | | Yes |
| 292. | ████████████████████ ████████████████████ | | Yes |
| 293. | ████████████████████ ████████████████████ | | Yes |
| 294. | ████████████████████ ████████████████████ | Excerpted (SAN-CVR 022027704 to SAN-CVR 022027705) | Yes |
| 295. | ████████████████████ ████████████████████ | | Yes |
| 296. | ████████████████████ ████████████████████ | | Yes |
| 297. | ████████████████████ ████████████████████ | | Yes |
| 298. | ████████████████████ █ ████████████████████ | | Yes |
| 299. | ████████████████████ ████████████████████ | | Yes |
| 300. | ████████████████████ █████████████████ | | Yes |
| 301. | Instrument of Appointment and Acceptance, dated June 30, 2016 (ECF No. 54-1) | | |

| Exhibit | Description | Partial Exhibit[1] | Filed Under Seal[2] |
|---|---|---|---|
| 302. | Plaintiff's Exhibit 529, Excerpts of Sanofi-Aventis, Form F-4 Registration Statement Under the Securities Act of 1933, dated March 7, 2011<br>Pages 1-9, 94-102 | Excerpted | |