1          OLIVIER BRANDICOURT

2        UNITED STATES DISTRICT COURT

3     FOR THE SOUTHERN DISTRICT OF NEW YORK

4                         No. 15 Civ. 08725(GBD)

5 ----------------------------------x

6 UMB Bank, N.A., as Trustee,

7      Plaintiff

8 vs.

9 SANOFI,

10      Defendant

11 ----------------------------------x

12   VIDEOTAPED DEPOSITION OF OLIVIER BRANDICOURT

13        Thursday, October 18, 2018 9:03 a.m.

14              Weil, Gotshal & Manges

15     2, rue de la Baume, Paris, 75008, France

16

17

18

19 Reported by:

20 Janet Sambataro, RMR, CRR, CLR

21 JOB NO. 147615

22

23

24

25

1           OLIVIER BRANDICOURT
2           MR. CRICHLOW:  And on the phone -- on
3    the phone, we have David Crichlow of Katten
4    Muchin Rosenman, on behalf of UMB.
5           (Discussion off the record.)
6           THE WITNESS:  Yes.  As you can see,
7    I've not been used to this kind of practice.
8               OLIVIER BRANDICOURT,
9    having been duly sworn, after presenting
10   identification in the form of a driver's license,
11   deposes and says as follows:
12              DIRECT EXAMINATION
13   BY MR. GILMAN:
14      Q.   Sir, state your full name, please.
15      A.   Olivier Brandicourt.
16      Q.   Where do you presently reside?
17      A.   I'm residing in Paris.
18      Q.   Any plans to move?
19      A.   At this point, no.
20      Q.   What is your current occupation?
21      A.   I'm the CEO of Sanofi SA.
22      Q.   And when did you take on that role?
23      A.   It was the 2nd of April, 2015.
24      Q.   Do you have any plans to leave?
25      A.   Not at this point.

1                OLIVIER BRANDICOURT

2    Genzyme, Sanofi issued contingent value rights,

3    or CVRs?

4         A.   Probably when I arrived at Sanofi.

5         Q.   Okay.  And when was the first time that

6    you personally read the CVR agreement that is the

7    document between the trustee and Sanofi relating

8    to the issuance of those CVRs?

9         A.   I'm not sure at the time I read any

10   specific document, except that some of my team

11   explained, I think, what was the essential

12   content of it.

13        Q.   Okay.  Well, up until today, have you

14   ever read the CVR agreement cover to cover?

15        A.   No.

16        Q.   Have you a copy of the CVR agreement in

17   your office?

18        A.   I don't think so.

19        Q.   Have you ever had a copy of the CVR

20   agreement?

21        A.   I read part of the copy of the CVR

22   agreement.

23        Q.   When was that?

24        A.   That was in the last few days.

25        Q.   Prior to the last few days, have you

1      OLIVIER BRANDICOURT

16           MR. GILMAN:  We have been going for, I
17    believe, one hour.  Do you want to take a
18    few-minute break?
19           MR. NEUWIRTH:  Sure.
20           THE VIDEOGRAPHER:  Off the record.  The
21    time is 10:03.
22           (A recess was taken.)
23           THE VIDEOGRAPHER:  Back on the record.
24    The time is 10:18.
25

1                OLIVIER BRANDICOURT



1                OLIVIER BRANDICOURT



1                OLIVIER BRANDICOURT





1    OLIVIER BRANDICOURT

1              OLIVIER BRANDICOURT

2        Q.    Let me see if I understand your answer.

3        A.    Pretty clear.

4        Q.    If anyone put in plan -- if anyone put

5    in place a plan not to pay the milestone, you

6    would consider that unethical?

7        A.    Correct.

8              (Previously marked Exhibit 552

9         incorporated by reference.)

10       Q.    Let me hand you what has been

11   previously identified as Plaintiff's Exhibit 552.

12             MR. GILMAN:  John, regarding --

13             (Discussion off the record.)

14             MR. GILMAN:  The one that we just

15   finished, Plaintiff's Exhibit 618, may we

16   stipulate that that is authentic and the record

17   of a regularly conducted business activity?

18             MR. NEUWIRTH:  Yes.

19             MR. GILMAN:  Thank you.

20       Q.    Mr. Brandicourt, do you have before you

21   Plaintiff's Exhibit 552?  It is, at the top, an

22   e-mail from a Marc Esteva to Marie-Claire Farris

23   dated October 7, 2014.

24       Sir, I'm focused on the first page, but if

25   you want to quickly look at the prior e-mails,

1    OLIVIER BRANDICOURT

2 they're all very short. But I'll focus on the

3 first page when you're ready.

4   A. Okay.

5   Q. All right. Focusing on the e-mail at

6 the bottom, on the first page, do you see there

7 that Mr. Esteva is writing, and he says, among

8 other things, "We are now on the edge: As you

9 can see, an average 6% under-performance versus

10 this forecast would leave us below the

11 400 million threshold. We still consider the

12 same potential for Lemtrada over the long term,

13 yet with a slower ramp-up."

14   Do you see that?

15   A. Yes, I do.

16   Q. Did you know that individuals at Sanofi

17 were considering a slower ramp-up of Lemtrada in

18 order not to achieve product sales milestone

19 number one?

20    MR. NEUWIRTH: Objection.

21   A. The answer is no.

22   Q. If individuals in Sanofi were planning

23 a slower ramp-up of Lemtrada in order not to

24 achieve product sales milestone number one, would

25 you agree with me that is unethical?

1                OLIVIER BRANDICOURT

2        A.   If, I do agree.

3             (Previously marked Exhibit 264

4        incorporated by reference.)

5        Q.   Let me show you what has been marked as

6   Plaintiff's Exhibit 264.  It is, at the top, an

7   e-mail from Antoine Schaeffer to Gonzague Bechaux

8   dated May 18, 2015.  Sir, I'll represent to you I

9   have no interest in any of the math, in any of

10  the numbers.  I'm only focusing on the very first

11  e-mail at the top of the first page.

12       A.   Okay.

13       Q.   Sir, do you see there that it says,

14  "Please find enclosed the updated CVR

15  $400 million analysis.  Between increase in

16  dollar value impacting ex-U.S. sales and Lemtrada

17  USA adjustment on 15F1 (we adjusted approximately

18  minus 40 million euro downward due to delays in

19  market access and reimbursement) we are now in

20  the 'safe' zone at approximately $320 million

21  versus the target of $400 million.  Please let me

22  know should you have any questions.  Best

23  regards."

24       Do you see that, sir?

25       A.   Yes, I do.

1                OLIVIER BRANDICOURT

2    put together, when every single division has

3    expressed their wishes for expense and related

4    sales.  So that's what we're dealing with here.

5    All right?  It's a first cut, first rollup of

6    those different wishes by the different units.

7         To specifically remember what the challenge

8    was for one product in one unit, the answer is

9    no, because I leave that to the responsibility of

10   the head of those businesses.

11        Q.   Okay.  At the time that you were CEO,

12   did you undertake to familiarize yourself with

13   any contracts or commitments that Sanofi had that

14   would impact your ability to challenge any of the

15   budget requests?

16        A.   I would have expected those heads of

17   businesses to highlight that to me.

18        Q.   Okay.  So you would have said it was

19   the job of the business head to bring to your

20   attention Sanofi's obligations under the CVR

21   agreement with respect to Lemtrada when they were

22   presenting budgets relating to Lemtrada?

23        A.   I would.

24        Q.   And is it your testimony that you

25   cannot recall ever giving a moment's thought to

1                OLIVIER BRANDICOURT
2     the CVR agreement in any of your budget
3     challenges?
4          A.   That didn't come up.
5               MR. GILMAN:  Okay.  Why don't we take
6     our second break.
7               THE VIDEOGRAPHER:  Going off the
8     record.  The time is 11:17.
9               (A recess was taken.)
10              (Document Bates-stamped SAN-CVR
11        020236570 through -6580 marked Exhibit
12        621.)
13              THE VIDEOGRAPHER:  Back on the record.
14    The time is 11:35.
15    BY MR. GILMAN:
16         Q.   Mr. Brandicourt, I've placed before you
17    Plaintiff's Exhibit 621.  It is a document
18    produced from the files of Sanofi, bearing
19    Production Nos. SAN-CVR020236570 through -6580.
20         On the first page, it is a transmittal
21    e-mail from Mr. Underwood to Mr. Sibold dated
22    November 19, 2015, enclosing a package of slides.
23         Sir, by November -- mid-November 2015, you
24    were at the company for over half a year?
25         A.   (Witness nods.)

1                OLIVIER BRANDICOURT
2      ████████████████████████
  █  █    ████████████████████████████
  █  ████████████████████████████████████
  █  ████████████████████████████████████
  █  ████
  █     █    ██████
  █     █       █████████████████████████████
  █  █████████████████████████
  █     █    █

11     Q.   When you came on board to Sanofi, is it
12 fair to say that you -- among the other things
13 you were interested in, one of them was building
14 an MS franchise?
15     A.   Yes.
16     Q.   That was important to you?
17     A.   Yes.  And I was rather vocal on that
18 one.
19     Q.   I understand that.  I've read -- I've
20 read a number of your statements.  And well said.
21          In talking about the development of an MS
22 franchise, what do you mean by that?
23     A.   Being looked at by the medical
24 community as a committed actor in MS.
25     Q.   As someone who develops and tries to

1           OLIVIER BRANDICOURT
2     █████████████████████████████
3    ████████████████████████████████
4    ██████████████████████████████
5    ████████████████████████████████
6    ██████████████████████
7    ██  ████  █████████
8    ██  ████  ███████████
9    ██  ████  ████████████████████
10   █████████████████████████████
11   █████████████████████████████
12   █████████████████████████████
13       Q.   Have you ever been involved in
14   applications for FDA approval for drugs?
15       A.   Depending what you mean by "involved,"
16   but close to, yes.
17       Q.   Okay. And, sir, are you aware that the
18   FDA is, among other things, interested in whether
19   the pharmaceutical company is committed to the
20   drug?
21       A.   Committed in that context, meaning --
22       Q.   In the sense that the company is
23   applying for approval for a certain indication.
24   The drug, however, depending upon studies, may
25   also be efficacious for another indication.  And