1              UNITED STATES DISTRICT COURT

2         FOR THE SOUTHERN DISTRICT OF NEW YORK

3   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

4   UMB BANK, N.A., as Trustee, :

5                               : No. 15 Civ. 08724(GBD)

6            Plaintiff,         :

7    vs.                        :

8                               :

9   SANOFI,                     :

10            Defendant.        :

11  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

12

13           ** HIGHLY CONFIDENTIAL **

14   VIDEO DEPOSITION OF CHRISTOPHER VIEHBACHER

15

16           Wednesday, August 29, 2018

17

18           WEIL, GOTSHAL & MANGES LLP

19              100 Federal Street

20              Boston, Massachusetts

21

22

23

24  Reported by:  Deanna J. Dean, RDR, CRR

25  Job No:  146793

1              Christopher Viehbacher
2   basis.
3        Q.   Do you know what material nonpublic
4   information is?
5        A.   I do.
6        Q.   You know that it's illegal to buy
7   and sell securities based on material nonpublic
8   information?
9        A.   I do.
10       Q.   Am I correct that prior to your
11  association with Gurnet Point Capital, you
12  spent approximately 20 years at
13  GlaxoSmithKline, ending up as head of their US
14  pharma?
15       A.   That's correct.
16       Q.   And then in approximately 2008, you
17  became chief executive officer of Sanofi?
18       A.   That's correct.
19       Q.   And you remained Sanofi's chief
20  executive officer from 2008 until October 29,
21  2014?
22       A.   That's correct.
23  ▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇   ▇▇▇▇▇▇▇▇▇▇▇
▇        ▇    ▇▇▇▇.

1                Christopher Viehbacher
2    entire obligation of the company, so the CVR
3    and the debt in total.
4        Q.    And if the credit ratings went down,
5    would that, all other things being equal, have
6    a negative effect on the borrowing costs of
7    Sanofi?
8        A.    Not necessarily.  Actually, I think
9    if you lose a notch, as the terms are used, it
10   doesn't necessarily have a material impact.  So
11   it would depend on exactly what the impact of
12   the credit rating is.
13       Q.    Were you a principal negotiator of
14   the CVR agreement?
15       A.    Yes.  I was heavily involved
16   personally.
17       Q.    Were there others who you would
18   credit as having been heavily involved in the
19   negotiations of the CVR agreement?
20       A.    A lot of the detail of the
21   negotiations was done banker to banker and
22   lawyer to lawyer.  In addition, my chief
23   financial officer and my general counsel and I
24   would meet daily, basically to discuss where we
25   were with the project of the acquisition in

1              Christopher Viehbacher

2       Q.    Let me show you what has already
3  been marked as Plaintiff's Exhibit 106.
4       A.    Thank you.
5       Q.    I'll represent to you, sir, that it
6  is the contingent value rights agreement by and
7  between Sanofi and the American Stock Transfer
8  and Trust Company, the initial trustee, dated
9  as of March 30, 2011, sir.
10      A.    All right.
11      Q.    During your employment with Sanofi,
12 did you ever read this CVR agreement cover to
13 cover?
14      A.    I can't recall.  I probably did.
15      Q.    Did you ever read a summary of the
16 agreement?
17      A.    We had numerous summaries that we
18 presented, for example, to our own board of
19 directors and to outside investors, yes.
20      Q.    Okay.  And did you read them?
21      A.    I did.
22      Q.    When most recently have you reviewed
23 the CVR agreement?
24      A.    I can't recall.  Not for years.
25      Q.    So it was not one of the documents

1                Christopher Viehbacher

2    forecasts.  So -- and that would lead you to a

3    probability of whether you were going to pay

4    out a CVR or not.

5        Q.    Okay.  And do you recall, boiling it

6    down, whether Sanofi thought at the time the

7    deal was approved that any of the CVR

8    milestones would be achieved?

9        A.    Yes.  As I recall, at least in my

10   personal opinion at the time, that we ascribed

11   very high probability to the approval milestone

12   and a high probability to the first sales

13   milestone of $400 million.  Our own sales

14   forecasts peaked at around -- they certainly

15   peaked at less than the 1.8 billion, which was

16   I think the next sales milestone.

17              So we saw the higher sales

18   milestones as being less than probable, and

19   really from the time we did due diligence, I

20   felt that the milestone for manufacturing would

21   not be made because the -- we believed that the

22   forecasts that management had made on the basis

23   of manufacturing quantities were way

24   overoptimistic.

25              MR. GILMAN:  Mr. Neuwirth, may we

1                Christopher Viehbacher
2    CVRs?
3        A.    Yes.
4        Q.    And you had a role in that?
5        A.    I was involved and I would have
6    approved the acquisition of shares -- of CVRs,
7    yes.
8        Q.    Okay.  And in November of 2011, what
9    caused you to decide to go into the market and
10   buy up CVRs?
11       A.    It was our view that the CVR value
12   as traded on the stock exchange was lower than
13   our expected net present value of what we
14   thought the CVR was worth.  So we decided to
15   buy up CVRs at what we deemed to be a lower
16   price than what they were worth.  That would
17   have indicated that we had a higher expectation
18   of Lemtrada sales than the market.
19       Q.    Okay.  And looking at the second
20   document which begins with the page numbered
21   473, do you see there that as of January 3,
22   2012, Sanofi authorized Morgan Stanley again to
23   buy up CVRs?
24              Again, with an expiration of the
25   time frame here, February 8, 2012, but again

1              Christopher Viehbacher
2      A.    Yes.
3      Q.    And you authorized that?
4      A.    I did.
5      Q.    And you authorized that because you
6  thought that the CVRs were worth more than what
7  Sanofi was paying?
8      A.    Yes.  That turned out to be wrong,
9  but that's what I thought at the time.
10            MR. GILMAN:  I'd like the reporter
11      to mark as Exhibit 537 a document produced
12      by Sanofi bearing production numbers
13      SAN-CVR013055821 through 822.
14            John, may we have a stipulation that
15      Plaintiff's Exhibit 536 is authentic --
16            MR. NEUWIRTH:  Yes.
17            MR. GILMAN:  -- and a document of a
18      regularly conducted business activity?
19            MR. NEUWIRTH:  And yes.
20            MR. GILMAN:  Thank you.
21            (Plaintiff Exhibit 537 marked for
22      identification.)
23  BY MR. GILMAN:
24      Q.    Sir, let me explain to you what you
25  have in your hand as Exhibit 537.  It is a

Page 105

1  Christopher Viehbacher

[lines 2–13 redacted]

14  Q.  Sir, you mentioned how efficacious
15  Lemtrada is with certain populations.  Are you
16  aware that with respect to the remitting
17  relapsing form of MS, that certain patients
18  treated with Lemtrada have gone five years
19  without any MS symptoms?
20  A.  I am aware.  I have met some of
21  those patients.
22  Q.  And that's as close to a cure as
23  anyone wants to use the C word?
24  A.  It is.  It's actually one of the
25  main reasons I was so positive about Lemtrada.

Page 114

1      Christopher Viehbacher
2      A.   I'm afraid I don't recall who any of
3  these people are or what this is dealing with.
4           MR. GILMAN:  John, could you put in
5      front of the witness Plaintiff's Exhibit
6      106, the CVR agreement.
7           Thank you.
8      Q.   Sir, could you turn to page 43.  And
9  do you see section 7.10 on the bottom of
10 page 43 and which reads, "Milestones.  The
11 company shall use diligent efforts to achieve
12 the approval milestone and the product sales
13 milestones and shall use commercially
14 reasonable efforts to achieve the production
15 milestone on a timely basis"?
16     A.   I see that.
17     Q.   And I read that correctly?
18     A.   Yes.
19     Q.   The company is Sanofi?
20     A.   Yes.
21     Q.   Did you have any role in the
22 negotiation of this provision?
23     A.   There were some discussions around
24 that and I did have some involvement with this.
25     Q.   Okay.  Do you agree, when it says

1                Christopher Viehbacher

2        Q.    All right.  Now, you've gone through
3   what "diligent efforts" means.  You've gone
4   through the specific items that it shall
5   include.
6              Did you ever issue any written
7   instructions to the Sanofi workforce as to what
8   Sanofi's obligations of diligent efforts were
9   under the CVR agreement?
10       A.    Personally?  I don't recall.  I
11  don't think I did.
12       Q.    Did you ever hold a meeting where
13  you gave a speech on that subject?
14       A.    Me, personally?  No.
15       Q.    Did you ever issue written
16  instructions to the workforce on what they
17  needed to do to honor Sanofi's obligations
18  under the CVR agreement to use diligent
19  efforts?
20       A.    No, I don't think that was my role.
21       Q.    Okay.  Did you ever issue oral
22  instructions to anybody as to what had to be
23  done to honor the obligations under the CVR
24  agreement to use diligent efforts?
25       A.    I wouldn't call them instructions,

1                    Christopher Viehbacher
2      but, obviously, this was a strategically
3      important product for Sanofi and we wanted to
4      make sure we had -- as was Aubagio.  And, you
5      know, really building the multiple sclerosis
6      franchise within Genzyme was a core part of
7      really utilizing what I perceived were
8      Genzyme's real skill in selling specialty
9      medicine.  You know, you had to have a high
10     degree of technical competence, credibility
11     with physicians, and I had seen Genzyme do that
12     with rare diseases and felt that they could do
13     that with MS.  So if you think about the
14     whole -- the acquisition, the idea was to be
15     able to use Genzyme also as a platform for
16     launching specialty products.
17               So this was a, you know, pretty
18     visible, pretty important part of the growth
19     strategy of the company.  So, yes.  I mean,
20     diligent efforts, I mean, we clearly wanted to
21     make sure that this product was going to be a
22     success, as was Aubagio.  And I have to say,
23     when I look at the sales, they have been.
24         Q.    Did you ever direct that copies of
25     the CVR agreement be distributed within Sanofi?

1          Christopher Viehbacher

2     A.    I did not personally direct that.

3     Q.    Did you ever direct that a summary

4  of any aspect of the CVR agreement be

5  distributed within Sanofi?

6     A.    I did not direct that.

7     Q.    Did you ever put any committee or

8  any individual or any group in charge or

9  responsible for monitoring Sanofi's compliance

10 with its diligent efforts obligation?

11    A.    That was part of our -- we have a

12 whole compliance department, yes.  There, you

13 have the whole legal department and the

14 compliance department look at that.

15          For us, though, you know, what

16 diligent efforts is defined at is exactly what

17 anyone who is a professional in this industry

18 would do.  And so, in my view, as long as we

19 were doing what anyone with experience in

20 launching products would do, that we were in

21 compliance.  And that was -- it was in our

22 financial interest to do so.  If that had not

23 been the case, we had plenty of opportunity for

24 people to flag that this wasn't going on.  I

25 mean, there are always marketing reviews and

1                Christopher Viehbacher

2          All I can answer you, sir, is that
3    it looks like we achieved the objectives we set
4    out for ourselves, and therefore the resources
5    and the approach were appropriate.
6          Q.   Did you believe that Sanofi was
7    under some timetable to achieve results with
8    Lemtrada?
9          A.   We had quarterly results, sir.  We
10   had to make sure that those results came in as
11   quickly as they could.
12         Q.   And that's what governed your
13   conduct?
14         A.   We were measured quarterly on our
15   results, so, yes, we had to have a sense of
16   urgency in everything we did.
17         Q.   Did you think the CVR agreement gave
18   you an extra sense of urgency?
19         A.   No.  The CVR agreement, again, as I
20   will tell you, when you negotiate those -- and
21   I was personally involved with that -- I think
22   I once said publicly that if we had to make the
23   last milestone payment, I would bring the check
24   personally to the former CEO of Genzyme with a
25   bottle of his favorite wine.  Because if we

1                Christopher Viehbacher

2    let's count real sales, so once you've got a

3    certain run rate and once you've got

4    reimbursement, which we accepted.  It's not an

5    unusual request.

6         Q.    And that would be to avoid missing

7    out on a payment because of a technicality?

8    You want a real effort?

9         A.    Well, no --

10              MR. NEUWIRTH:  Objection to the

11        form.

12              Go ahead.

13        A.    Not -- no, I don't think so.  You

14   know, if you launch, for instance, in December,

15   you know, it's Christmas time in most

16   countries.  And if you launch in September,

17   most physicians are busy doing other things.

18   Most patients are doing other things.  And you

19   could have reimbursement, but you're probably

20   not going to sell very much because you're not

21   really having much impact out there.  Or you

22   could launch, you have reimbursement, but

23   there's a delay in getting the product all the

24   way through.  You know, this is -- if you think

25   about it, each one of these vials, if I

1                Christopher Viehbacher

2    remember, was worth, you know, 4 or $5,000.  So

3    these aren't sitting on the shelf of your local

4    pharmacy.  You have to have a special

5    distribution channel to make sure that when

6    patients come in that the product was available

7    since they wouldn't otherwise be there.

8                So they just wanted to make sure

9    that, you know, when we actually got a launch

10   that we weren't launching in one of these

11   funny -- or -- not that we would do it.  It's

12   just -- it's not really representative of what

13   the sales were going to do.  So in this case,

14   if you launched in December and there's not

15   many physicians to go see, then, you know,

16   you'd actually start in January and say, okay,

17   you've kind of got the pipeline, the

18   distribution channel filled.  You've got your

19   reps out there and running.  And then, you

20   know, how do you define that -- you know, they

21   said 200 scripts.  I think we didn't actually

22   end up taking that.  But, you know, there was

23   the principle of making sure it was, you know,

24   a really representative quarter, if you like.

25         Q.   Okay.

1                Christopher Viehbacher
2    R&D.  More cost reduction.  Decrease of fixed
3    cost.  Wish to hear more about RD.
4            Do you see those references?
5       A.   I do.  That's the second email.
6    Correct?  Yeah.
7       Q.   And, sir, does that refresh your
8    recollection that the investors that Sanofi was
9    meeting with in the spring of 2011 with respect
10   to the Genzyme acquisition were urging more
11   cost cutting at Sanofi?
12      A.   Well, I see, first of all, a lot of
13   questions around revised guidance, more cost
14   cutting, medium growth outlook.  So are you
15   going to cut more cost does not sound like a
16   demand for more cost cutting, if I may say.
17           Second is this is in March of 2011,
18   so it's just immediately after the announcement
19   of the Genzyme deal, at which we had promised,
20   I believe, $700 million of cost synergies to
21   come out of the -- out of the company.
22           So they would have been asking about
23   those kind of cost synergies.  But I don't see
24   anything that's particularly different than
25   anytime in my tenure as CEO.

1                Christopher Viehbacher
2        Q.    And in bullet -- in point three, he
3    states, "Where we're going. Now could be a
4    turning point for Genzyme in multiple
5    sclerosis. Launch of Lemtrada in the US is a
6    make-or-break moment for Genzyme. The whole
7    world of Genzyme multiple sclerosis will be
8    looking to Lemtrada US. A rare opportunity
9    with blockbuster potential. Hurdle: It
10   doesn't sell itself. Opportunity: We can
11   determine its success."
12              Have I read that correctly?
13       A.    You have.
14       Q.    Blockbuster potential. Is
15   "blockbuster" a word common in the pharma
16   community for a certain level of sales?
17       A.    It is.
18       Q.    And what level of sales does it
19   refer to?
20       A.    A billion.
21       Q.    A billion a year?
22       A.    A billion a year.
23       Q.    So Mr. Sibold is saying that
24   Lemtrada has the potential to be a blockbuster,
25   billion a year in annual sales, and that the

1                Christopher Viehbacher
2      business.  There was a renal care division,
3      there was a biosurgery division, and there was
4      an autologous cell business for making
5      cartilage patches for knees.  And we felt that
6      those businesses would be better off in Sanofi
7      and that would include the production.
8                However, because production
9      leadership was focused on fixing the problems
10     at Cerezyme -- for Cerezyme and Fabrazyme, we
11     felt that we shouldn't undertake any
12     integration activities within the production
13     division because that could risk distraction on
14     fixing the Fabrazyme and Cerezyme issues.
15               MR. NEUWIRTH:  Thank you.  I have
16          nothing else.
17               MR. GILMAN:  That's it.
18               THE VIDEOGRAPHER:  We are off the
19          record at 4:08 p.m.
20               (Witness excused and deposition
21          concluded at 4:08 p.m.)
22
23
24
25