HIGHLY CONFIDENTIAL

Page 1

1                   DAVID MEEKER

2            UNITED STATES DISTRICT COURT

3        FOR THE SOUTHERN DISTRICT OF NEW YORK

4

5    ----------------------------------
                                       )
6    UMB BANK, N.A., as Trustee,       )
                                       )
7            Plaintiff                 )
                                       )
8    vs.                               ) No. 15 Civ. 08724 (GBD)
                                       )
9    SANOFI,                           )
                                       )
10           Defendant                 )
     ----------------------------------

11

12

13              HIGHLY CONFIDENTIAL

14           DEPOSITION OF DAVID MEEKER

15            THURSDAY, JULY 26, 2018

16           WEIL, GOTSHAL & MANGES LLP

17               100 FEDERAL STREET

18             BOSTON, MASSACHUSETTS

19

20

21

22

23

24   Reported by:  Sandra A. Deschaine, CSR, RPR, CLR, CRA

25   Job No: 145263

TSG Reporting - Worldwide - 877-702-9580

```
 1                    DAVID MEEKER
 2    litigation to involve?
 3         A.    That the CVR holders are
 4    interrogating or questioning the level of
 5    diligence that was applied to executing on
 6    the terms of the CVR.
 7         Q.    Thank you.
 8               Do you know what the CVR agreement
 9    is?
10         A.    I understand, I believe, the terms
11    of the CVR.
12         Q.    Okay.  Have you ever seen the CVR
13    agreement?
14         A.    Yes.
15         Q.    Under what circumstances, other
16    than as provided to you by counsel?
17         A.    So -- so I will back up and say I
18    am unsure if I have seen the CVR in its
19    entirety, as it was presented to me
20    yesterday.  What was summarized for me on
21    more than one occasion were the milestones
22    and the terms of the CVR.
23         Q.    To the best of your recollections,
24    the summarization of milestones and the terms
25    of the CVR, was that communicated to you
```

Page 11

1            DAVID MEEKER
2  verbally or in writing?
3            MR. AMSEL:  Separate and apart
4       from anything you might have learned
5       from discussions with counsel in
6       preparation for the deposition.
7            MR. WEISS:  Withdraw the question.
8       I'll rephrase it.
9  BY MR. WEISS:
10     Q.   Other than the presentation of the
11  full agreement to you by counsel, previously,
12  as part, presumably, of your deposition prep,
13  in what form were the terms and
14  summarizations of the milestones of the CVR
15  agreement presented to you?
16     A.   So verbally, for sure.  So I do
17  not have a distinct memory of a presentation
18  with the terms of the CVR laid out.
19     Q.   And to the best of your
20  recollection, how many times were you
21  informed, verbally, of the terms and
22  milestones set forth in the CVR agreement?
23     A.   So I was -- I was never, to the
24  best of my recollection, informed, other than
25  in response to my request to understand or be

1  DAVID MEEKER
2  reminded of the terms of that CVR.
3       Q.   So, in other words, your testimony
4  is that no one ever actually actively came
5  and informed you of the terms of the CVR
6  agreement?
7       A.   Yes.
8       Q.   And you said that you received
9  this information in response to a
10 self-generated request.  What were the
11 circumstances of those requests,
12 individually, if you don't mind?
13      A.   So there was -- the one specific
14 occasion that I recall was trying to
15 understand if our budget was still meeting
16 the terms of the CVR and wanting to be
17 reminded as to what those terms and
18 milestones were.
19      Q.   And to whom did you direct this
20 inquiry?
21      A.   So that was to the CFO, who was
22 working -- Marc Esteva, at that time.
23      Q.   And when did this happen?
24      A.   So I don't, to be honest, remember
25 exactly when this happened.  So it would have

1            DAVID MEEKER

2        Q.   And Aubagio, you didn't generate

3   an Aubagio cash P&L, correct?

4        A.   Correct.

5        Q.   And part of the Lemtrada cash P&L

6   specifically called out both the Bayer

7   royalty and the CVR payments, correct?

8        A.   Yes.

9        Q.   Why was that created?

10       A.   That was created because of the

11  complexity.  So we had an understanding of

12  the profitability of Aubagio.  We had an

13  understanding of the profitability of

14  Cerezyme.  We had an understanding of

15  profitability of Fabrazyme, etc.  Lemtrada

16  was the only product that had that level of

17  complexity around the flow of cash that, in

18  my opinion, required a separate exercise to

19  really understand.

20       Q.   To understand the profitability of

21  the product?

22       A.   Exactly.

23       Q.   And when you said you thought, was

24  the cash P&L something that was created at

25  your instruction?

Page 92

1  DAVID MEEKER
2  indication, correct?
3  MR. AMSEL: Objection to the form.
4  MR. WEISS: I'll withdraw the
5  question. That's fine.
6  BY MR. WEISS:
7  Q. If you look over, it says "Risks"
8  Phase III data materially unfavorable versus
9  Phase II data; yes?
10  A. Yes.
11  Q. And what is being referred to
12  there?
13  A. Phase III had not read out yet
14  and, clearly, we were basing our optimism on
15  a Phase II smaller trial.
16  Q. And one of the important data
17  points that came out of the Phase II trials
18  for Lemtrada, was that Lemtrada, in that
19  cohort of patients, slowed the accumulation
20  of disability in patients, correct?
21  A. Yes.
22  Q. And that is referred to sometimes
23  as an improvement in disability?
24  A. It can accommodate, in that
25  definition, an improvement.

1          DAVID MEEKER
2   to get the outcome they deserve.
3       Q.   Real science for real people to
4   improve the clinical outcome?
5       A.   Your words.  I agree.
6       Q.   But they're correct, right?
7   That's a good philosophy on how to sell a
8   drug?
9       A.   That is my philosophy.
10      Q.   Right.  And you were the CEO of
11  Genzyme from 2011 to 2017?
12      A.   Correct.
13      Q.   The last sentence states, "The
14  last comment relates to Aubagio and the
15  challenge of insuring we do not limit
16  potential use in earlier stage patients, as
17  we try to create room through our messaging
18  for Aubagio." (as read)
19           What are you being -- what are you
20  referring to there?
21      A.   I did not want the fact that we
22  had two products in the marketplace, to say
23  you use this product for the early stage.
24  You use Lemtrada for the late stage.
25      Q.   Right.  And this refers for very

Page 298

1                    DAVID MEEKER

[Remainder of page redacted]

HIGHLY CONFIDENTIAL

Page 299

1            DAVID MEEKER

