Confidential - Attorneys' Eyes Only

```
1                        Marc Esteva
2              CONFIDENTIAL - ATTORNEYS' EYES ONLY
              IN THE UNITED STATES DISTRICT COURT
3           FOR THE SOUTHERN DISTRICT OF NEW YORK

   _____
4                                     :
   UMB BANK NA, as Trustee            : Civil Action No:
5                                     : 15 Civ 08725 (GBD)
                   Plaintiff          :
6                                     :
                   -v-                :
7                                     :
   SANOFI                             :
8                                     :
                   Defendant          :
9  _____    :
10
11                 Videotaped deposition
12                         Of
13                     Marc Esteva
14
15             On Thursday, June 14th 2018
16                Commencing at 8.39 am
17                     Taken at:
18           Cahill Gordon & Reindel LLP
19              24 Monument Street
20                     London
21                    EC3R 8AJ
22                 United Kingdom
23
24  Reported by: Miss Pamela Henley
25  Job Number: 142636
```

Confidential - Attorneys' Eyes Only

Page 14

Marc Esteva



Confidential - Attorneys' Eyes Only

Page 18

Marc Esteva





Confidential - Attorneys' Eyes Only

Page 28

Marc Esteva



Confidential - Attorneys' Eyes Only



1          Marc Esteva

Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

1                      Marc Esteva

