Highly Confidential

Page 1

1        MARK  W. UNDERWOOD

2        UNITED STATES DISTRICT COURT

3      FOR THE SOUTHERN DISTRICT OF NEW YORK

4

5  ----------------------------------
                                       )
6  UMB BANK, N.A., as Trustee,         )
                                       )
7         Plaintiff                    )
                                       )
8  vs.                                 ) No. 15 Civ. 08725 (GBD)
                                       )
9  SANOFI,                             )
                                       )
10        Defendant                    )
   ----------------------------------

11

12

13            HIGHLY CONFIDENTIAL

14  VIDEOTAPED DEPOSITION OF MARK W. UNDERWOOD

15           TUESDAY, JULY 31, 2018

16        WEIL, GOTSHAL & MANGES LLP

17             100 FEDERAL STREET

18           BOSTON, MASSACHUSETTS

19

20

21

22

23  Reported by:  Sandra A. Deschaine, CSR, RPR,

24  CLR, CRA

25  Job No. 145654

```
 1                MARK   W. UNDERWOOD
 2         Q.   And that would include Tysabri?
 3         A.   Yes.
 4         Q.   And also the Biogen interferon
 5    product, correct?
 6         A.   Correct.
 7         Q.   Okay.  When you joined in January
 8    2012, what was your job title?
 9         A.   I was a VP of Global Business
10    Operations for the multiple sclerosis
11    franchise.
12         Q.   And what did that entail?
13         A.   That had multiple -- the role had
14    multiple dimensions, so I was a member of the
15    MS leadership team, and my responsibilities
16    were to assist in establishing the governance
17    and the business processes for the newly
18    formed business unit at Sanofi -- Genzyme
19    Sanofi company at the time.
20               And, in particular, I worked with
21    many cross-functional teams, including supply
22    chain.  I worked with the regulatory team,
23    and I worked with the respective leaders of
24    our -- the functions within the MS franchise,
25    including the heads of the regions, as well
```

1        MARK  W. UNDERWOOD
2   as the head of the global marketing team, the
3   global medical affairs team, and the global
4   market access teams.
5        Q.   And then, over time, did your job
6   function evolve at Sanofi Genzyme?
7        A.   Yes, it did.  In approximately the
8   middle part of 2014, I became the head of the
9   global commercial strategy group for the
10  global MS franchise.
11       Q.   And what did that job function
12  entail?
13       A.   That job provided oversight into
14  the global marketing teams for both Lemtrada
15  and Aubagio, as well as the global market
16  access teams, new product planning, and the
17  Global Market Intelligence teams, which
18  included competitive intelligence, market
19  research and forecasting for the MS
20  franchise.
21       Q.   And then, subsequent to that, did
22  your job function evolve?
23       A.   It did indeed.  So 2 1/2 years ago
24  I entered my current role, which is heading
25  up the new product planning team for MS

1              MARK   W. UNDERWOOD
2        A.    I didn't have an opinion
3   whether -- on its appropriateness at the
4   time.
5        Q.    Do you know what --
6        A.    I'm just merely reflecting the --
7   taking the notes from the meeting.
8        Q.    Do you know what the phrase
9   "diligent efforts" means?
10       A.    I mean, other than a specific
11  definition of diligent efforts?
12       Q.    Yeah.
13       A.    Doing everything within your power
14  to reach a desired outcome.
15       Q.    Now, within the context of
16  Lemtrada, you were aware, were you not, that
17  Sanofi Genzyme was under a contractual
18  obligation to use diligent efforts to achieve
19  certain milestones, were you not?
20             MS. VENEZIA:  Objection to the
21        form.
22       A.    I was not explicitly aware of
23  that.
24       Q.    You'll notice that in the notes of
25  the LRP of May of 2013, you indicate, in your

1           MARK  W. UNDERWOOD

2    ▮

3       Q.  No, sir, please.  Isn't that what
4  would actually --
5              THE REPORTER:  What was the
6        beginning of that?
7              MS. VENEZIA:  He's testifying
8        again.
9  BY MR. WEISS:
10      Q.  Excuse me, sir.  Isn't that the
11 current status before the budget cut?
12             MS. VENEZIA:  Objection to the
13       form.
14 BY MR. WEISS:
15      Q.  Reading this document in its
16 natural fashion, if you look at DWG, the sums
17 and the status, that this is yet another
18 budget cut and that what's going happen is,
19 although the study had previously been
20 targeted for first patient in in October of
21 2014, the study was just not going to be
22 funded now?
23      A.  That's not my recollection.
24 Because if you look at, for example, on the
25 Aubagio teracles study, the status says stop

1      MARK  W. UNDERWOOD

2  December 2012, which would result in a 9.2

3  million euro difference between the current

4  proposal and the DWG review.

5         So I guess -- and, again, you

6  know, it's been a while since I looked at

7  this schedule, but my read is that that FPI

8  for October 14 was still in the plan.  But,

9  again, that's my interpretation of this

10 schedule.

11     Q.   But it just wasn't funded for

12 2013, right?

13     A.   The proposal from the team was to

14 not fund it for 2013.

15         MR. WEISS:  I have no further

16     questions for this witness.

17         MS. VENEZIA:  Well, thank you

18     Mr. Underwood.  The deposition is

19     closed.

20         THE VIDEOGRAPHER:  The concludes

21     today's deposition.  We are off the

22     report at 3:56.

23 (Deposition concluded at 3:56 p.m.)

24

25