Confidential

Page 1

MICHAEL PANZARA, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---

UMB BANK, N.A., as Trustees,    ) CIVIL ACTION NO.
                                ) 15 Civ. 08725(GBD)
        Plaintiff,              )
                                )
v.                              )
                                )
SANOFI,                         )
                                )
        Defendant.              )
                                )
---                             )

CONFIDENTIAL

VIDEOTAPED DEPOSITION

OF MICHAEL PANZARA, M.D.

DATE:       October 24, 2017
TIME:       9:52 a.m.
HELD AT:    Weil, Gotshal & Manges LLP
            100 Federal Street
            Floor 34
            Boston, Massachusetts

By:         Sarah J. Miner, LSR #238

JOB NO. 130151

Confidential

Page 14

1  MICHAEL PANZARA, M.D.
2  acquisition, what -- can you describe kind of the --
3  the areas of work that you were responsible for at
4  that time?
5      A. So I -- my first job on coming in was to
6  oversee the Lemtrada or the alemtuzumab development
7  program.  I was responsible for evaluating that
8  program and it was underway at the time.  It had
9  already initiated phase three studies.  And I was
10 responsible for taking the leadership of that program
11 and then developing a strategy for eventual regulatory
12 approval.
13     I was also responsible for building out
14 additional pipeline with other treatments for multiple
15 sclerosis and also was responsible for the immunology
16 portfolio because I had a background in immunology.
17 That was an area that Genzyme was interested in moving
18 into, so that was an area that also I was involved in
19 developing a strategy.
20     Q. And who did you report to at the time of --
21 prior to Sanofi's acquisition?
22     A. So I reported in to a man named Richard
23 Polisson, and he was the head of -- at the time was a
24 group called biosurgery and rheumatology or
25 immunology, I can't remember specifically.  And MS,

Confidential

Page 18

1   MICHAEL PANZARA, M.D.
2   products we were developing were successful because of
3   the importance of the MS franchise to future of Sanofi
4   as a whole.
5   BY MR. LECOURS:
6       Q. But was at all times Gynzyme a separate
7   corporate entity?  Is that your understanding?
8           MR. NEUWIRTH:  Objection to the form.  Go
9   ahead.
10          THE WITNESS:  That's not my -- I mean, I
11  couldn't say when they switched from one entity to the
12  other.  That is not my area.
13  BY MR. LECOURS:
14      Q. Are you familiar at all with the contingent
15  value rights agreement entered into between Sanofi and
16  Genzyme in connection -- or Sanofi and a trustee in
17  connection with the merger?
18      A. When we were acquired as I was legacy
19  Genzyme, we knew that we were being awarded CVRs.  And
20  I at that time did not know what a CVR was, so I
21  educated myself on what they were because I received
22  some.
23      Q. And did others educate you about CVRs within
24  the company?
25      A. Yeah.  There was a variety of communications

Confidential

Page 19

1    MICHAEL PANZARA, M.D.
2    and explanations about what these were because they
3    were a new entity for many of us, and the
4    understanding of the direct linkage to Lemtrada
5    because I was overseeing the MS portfolio.  So the
6    direct linkage to Lemtrada was important to
7    communicate within my team.
8        Q. What did you understand that linkage to be?
9        A. My --
10        MR. NEUWIRTH:  Just a quick caution, not to
11   interrupt.  But if you can answer these questions
12   without disclosing any potentially privileged legal
13   advice, go ahead.
14        THE WITNESS:  Sure.  Absolutely.  Can you
15   repeat the question, please?
16   BY MR. LECOURS:
17        Q. What did you understand the linkage that you
18   described between the CVRs and Lemtrada to be?
19        A. What I understood is that there were
20   milestones.  That the initial one for Lemtrada was the
21   approval milestone, and that there --
22        Q. What milestone?
23        A. The approval -- or I should say -- yeah, the
24   approval milestone.  And then I understood that there
25   were different revenue milestones, though I didn't

Confidential

Page 20

1         MICHAEL PANZARA, M.D.
2   study up on what those thresholds were.
3        Q. Did you ever review the CVR agreement itself?
4        A. Yes.  When -- again, when I inherited -- I --
5   I reviewed the milestone portion about what they were
6   so I knew what they were ahead of time.  I didn't
7   review the entire agreement.  I just focused on the
8   milestones.
9        Q. When you say "focused on the milestones," did
10  you have meetings with persons at Genzyme or Sanofi
11  concerning the achievement of those milestones?
12       A. The only meetings that I recall are meetings
13  with members of my team who had questions about them
14  and were asking what they meant.
15       Q. And did you have any conversations, aside
16  from conversations with counsel, concerning the
17  milestones?
18       A. There were certainly over the course of the
19  -- so the time period of the acquisition was a time
20  period where we were trying to learn a lot about what
21  it meant for Genzyme.  So there were a lot of sidebar
22  hallway conversations about what this meant.  So it
23  is, yes, there were conversations of that nature
24  because we were all trying to learn what these things
25  were.

Page 21

1           MICHAEL PANZARA, M.D.
2       Q. Were there any conversations other than with
3   counsel about the potential achievement or
4   non-achievement of milestones that you were involved
5   with -- in?
6       A. Milestones. We always talk about achieving
7   milestones as part of drug development.
8       Q. Well, I am just talking about the specific
9   milestones in the CVR agreement, internal-wise?
10      A. Yeah, there were discussions about the
11  importance of meeting a -- the date, especially the
12  approval date of -- because that was the part under
13  our control as specified in the CVR milestones, yes.
14      Q. So you testified that the MS program at
15  Sanofi was shifted over to Genzyme on or after the
16  acquisition. Is that correct?
17      A. That is correct.
18      Q. What was your assessment of that MS program
19  that you -- was shifted over to your leadership after
20  the acquisition?
21      A. Well, once I was able to oversee that
22  program, one of the first things I did was to learn as
23  much as I could about the program. My assessment of
24  it at that time was that it had very strong efficacy
25  data, though not at a level that would be expected for

1              MICHAEL PANZARA, M.D.
2  endpoints described --
3        A. Sure.
4        Q. -- primary endpoints?
5        A. Primary endpoints.  So the first endpoint was
6  disability.  It was also known as SAD, a Sustained
7  Accumulation of Disability.  That was measured by a
8  scale known as the Expanded Disability Status Scale,
9  or the EDSS.  This is a 10 -- 10-point or it is about
10 a 20-step ordinal scale where patients can progress at
11 different levels of accumulation of physical
12 impairment with zero being completely normal and no
13 sign of MS and 10 being death due to multiple
14 sclerosis.
15       Q. And EDSS is a logarithmic scale.  Right?
16       A. It is not logarithmic scale.
17       Q. No?
18       A. It's an ordinal scale.
19       Q. Ordinal.
20       A. It is clear steps.  It is also a non-linear
21 scale where it steps in unequal steps, which is one of
22 the challenges of the EDSS where in the low end of the
23 scale you can go from having -- being completely
24 normal at zero.  When you get to about a 3 or a 4 on
25 the EDSS scale, you are starting to have some

Page 62

1  MICHAEL PANZARA, M.D.

23    Q. What are sensitivity analyses?
24    A. Sensitivity analyses are where you -- you do
25 a core analysis or a primary analysis or one of your

1           MICHAEL PANZARA, M.D.
2      key analyses, and then you change different variables
3      around that analysis to pressure test the robustness
4      of that primary analysis.  So you may -- the example I
5      always give for safety events is you might, you know,
6      look at people on the extremes in terms of the types
7      of things they see on the extremes and you sort of see
8      how the middle compares to the extremes.  It is just a
9      way of testing the robustness of your primary
10     analysis.
11     [REDACTED]
12     [REDACTED]
13     [REDACTED]
14     [REDACTED]
15     [REDACTED]
16     [REDACTED]
17     [REDACTED]
18     [REDACTED]
19     [REDACTED]
20     [REDACTED]
21          Q.  Turn to the slide that ends in 285.
22          A.  285?
23          Q.  Uh-huh.
24          A.  Uh-huh.
25     [REDACTED]

Confidential

Page 107

1        MICHAEL PANZARA, M.D.

2 ████████████████████████████████
3 ████████████████████████████████
4 ████████████████████████████████
5     ████████████████████████████
6 ██████████████████████████
7     ████████████████████████████
8     ████████████████████████████
9 ████████████████████████████
10    ████████████████████████████
11 ████
12    ████████████████████████████
13 ████████████████████████████████
14 ████████████████████████████████
15 ████████████████████████████████
16 ████████████████████████████████
17 ████████████████████████████████
18 ████████████████████████████████
19 ████████████████████████████████
20 ██████████████
21 BY MR. LECOURS:
22     Q. If you know, what is the substantive
23 difference between the contents of the two different
24 applications for alemtuzumab, SBLA versus BLA?
25     A. I don't know.