CONFIDENTIAL

Page 1

1     JENNIFER PANAGOULIAS

2     IN THE UNITED STATES DISTRICT COURT

3     FOR THE SOUTHERN DISTRICT OF NEW YORK

4

5  UMB BANK, N.A., as Trustees

6            Plaintiff

7                              Civil Action No.

8   v.                         15 Civ. 08725(GBD)

9  SANOFI

10           Defendant

11  _____/

12

13

14     C O N F I D N E N T I A L

15     VIDEOTAPED DEPOSITION OF

16        JENNIFER PANAGOULIAS

17       Boston, Massachusetts

18     Wednesday, November 1, 2017

19

20

21

22  Reported by:

23  Deborah Roth, RPR-CSR

24  Job No. 130152

25

CONFIDENTIAL

Page 10

1      JENNIFER PANAGOULIAS
2  affairs.
3      Q.  So your regulatory affairs
4  coursework, in that course, did they provide
5  you materials, you know, did that
6  organization provide you materials and
7  guidance as part of that course?
8      A.  Yes.  Yes.
9      Q.  And was that through the organization
10 that certified you or through Northeastern?
11     A.  That was through Northeastern.
12     Q.  So it was Northeastern material and
13 not from the regulatory entity that
14 ultimately issued the certificate?
15     A.  It was -- no, it was not the institute
16 that issued the certificate.
17     Q.  And can you briefly -- can you go
18 over your professional history, starting
19 post college?
20     A.  Post college, I work for a few years
21 in two different law firms in Boston as a
22 paralegal assistant before transitioning
23 into regulatory affairs in 1998.
24     Q.  And what was your first role in
25 regulatory affairs?

CONFIDENTIAL

Page 11

1    JENNIFER PANAGOULIAS

2    A.  I was the assistant to the head of the

3    regulatory affairs department at the time.

4    Q.  The regulatory affairs department --

5    were you with Genzyme?

6    A.  At Genzyme.

7    Q.  Okay.  So you've been at -- you

8    started at Genzyme beginning in 1998?

9    A.  That's correct.

10   Q.  Okay.  And how have you -- how, if at

11   all, did your positions change after you

12   began at Genzyme?

13   A.  I started as the assistant, and I was

14   in that role for, I believe, six months, and

15   then I was promoted to a regulatory affairs

16   operations associate, and I began working in

17   an operational capacity, to support

18   publication of submissions, INDs and BLAs,

19   for various product lines through the

20   company.

21        From that I progressed to an

22   associate position, where I had

23   responsibility for development programs in

24   the rare disease unit, and I continued in

25   various capacities, where I progressed

Page 12

1    JENNIFER PANAGOULIAS
2  through, you know, different levels, if you
3  will, at Genzyme, until I left the
4  organization in 2015, at which time I was
5  associate vice president and therapeutic
6  area head for MS Neurology.
7     Q.  And in your -- why did -- when did --
8  or sorry, withdrawn.
9           Why did you leave Sanofi Genzyme
10 in 2015?
11    A.  I think I had been there for 17 years,
12 and I thought that my career would benefit
13 from having some other experiences at
14 different companies, working in either
15 various therapeutic areas or just
16 understanding different company culture.
17    Q.  And where did you work next?
18    A.  Alnylam.
19          THE COURT REPORTER:  I'm sorry?
20          THE WITNESS:  Alnylam.
21    Q.  Sorry.  I'm sure I have the
22 information.
23          What did you do in your next role?
24    A.  I was a regulatory -- global
25 regulatory affairs lead for several of their

CONFIDENTIAL

Page 24

1  JENNIFER PANAGOULIAS
2  She did not have a counterpart, um, at
3  Sanofi, because the organization was
4  structured I think differently at Sanofi,
5  but there was a head of global regulatory
6  affairs for the entire Sanofi group.
7      Q.  And who was that person at the time
8  Ms. Williamson left?
9      A.  Hilary Malone.
10     Q.  And was there -- who was the person
11 who filled that role prior to Ms. Malone
12 having that position?
13     A.  Richard Gural.
14     Q.  So can you discuss your role with
15 respect to the drug alemtuzumab at Genzyme?
16          MR. NEUWIRTH:  Objection to the
17 form.
18          You can answer that to the best of
19 your ability.
20     A.  My role in regulatory affairs?
21     Q.  Yes.
22     A.  I was responsible for global
23 regulatory strategy, leading to the
24 registration of Lemtrada.
25     Q.  So was that always your role or

CONFIDENTIAL

Page 25

1    JENNIFER PANAGOULIAS
2  did that become your role at a particular
3  time?
4     A.  It became my role in 2009.
5     Q.  So prior to 2009, what was your
6  responsibility with respect to the
7  alemtuzumab?
8     A.  I had very limited involvement before
9  2009.
10         I was working prior to 2009 in the
11  rare disease group, and I had responsibility
12  for the development of Myozyme and Lumizyme
13  and other products for Pompe disease within
14  Genzyme.  And for a short time in 2006 I
15  covered for the individual that was
16  responsible for Lemtrada while she was on
17  maternity leave.  So for approximately three
18  to four months I helped out while she was
19  away.
20     Q.  So was -- in 2009, when you started
21  working on the alemtuzumab, was that your
22  first exposure to a multiple sclerosis drug?
23     A.  And what do you mean by "exposure"?
24     Q.  Professional work concerning the
25  potential approval of a multiple sclerosis



Page 73

1                    JENNIFER PANAGOULIAS

1                    JENNIFER PANAGOULIAS



Page 164

1    JENNIFER PANAGOULIAS

2    Is your testimony that EDSS had

3 components of which were subjective?

4    A.  Yes.

5    Q.  And were there other endpoints that

6 were objective?

7    A.  MRI was an objective endpoint.

8    Q.  Any others that you recall?

9    A.  We had -- all of the pharmacodynamic

10 endpoints are objective.

11 [REDACTED]

12 [REDACTED]

13 [REDACTED]

14 [REDACTED]

15 [REDACTED]

16 [REDACTED]

17 [REDACTED]

18 [REDACTED]

19 [REDACTED]

20 [REDACTED]

21 [REDACTED]

22 [REDACTED]

23 [REDACTED]

24 [REDACTED]

25 [REDACTED]

1                    JENNIFER PANAGOULIAS

2      ▇▇▇▇▇▇

▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇        ▇▇▇▇
▇        ▇▇▇▇▇▇▇▇▇▇▇▇
▇            ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇    ▇
▇        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇    ▇▇▇▇▇▇

1          JENNIFER PANAGOULIAS

[Remainder of page redacted]

Page 228

1    JENNIFER PANAGOULIAS

2    █████████████

3    Q. I am going to hand you what has been
4    previously marked Plaintiff's 33.
5         (Exhibit 33 was introduced.)
6    Q. And these are the meeting minutes
7    from the March 10, 2014, Type A meeting,
8    correct?
9    A. Uh-huh.
10   Q. You can take a look and let me know
11   when you're ready to discuss.
12   A. (Witness reviews document.)
13        Uh-huh.
14   ████████████████████████████
     ████████████████████████████████
     ████████████████████████████████
     ████████████████████████████
     █████████████
     ██████████████████████████████████
     ████████████████████████████████
     █████████████
     ██████████████████████████
     ████████████
     ██████████████████████████████
     ██████