Highly Confidential

Page 1

1            JEROME CONTAMINE - VOLUME I
2              UNITED STATES DISTRICT COURT
3          FOR THE SOUTHERN DISTRICT OF NEW YORK
4
5     ----------------------------------
                                        )
6     UMB BANK, N.A., as Trustee,       )
                                        )
7             Plaintiff                 )
                                        )
8     vs.                               ) No. 15 Civ. 08724 (GBD)
                                        )
9     SANOFI,                           )
                                        )
10            Defendant                 )
      ----------------------------------
11
12
13                      VOLUME I
14                 HIGHLY CONFIDENTIAL
15         DEPOSITION OF JEROME CONTAMINE
16         WEDNESDAY, SEPTEMBER 5, 2018
17            WEIL, GOTSHAL & MANGES
18              2 RUE DE LA BAUME
19                PARIS, FRANCE
20
21
22
23    Reported by:  Sandra A. Deschaine, CSR, RPR,
24    CLR, CRA
25    Job No. 146890

1	JEROME CONTAMINE - VOLUME I
2	Q. Correct? That's what this
3	document shows; yes?
4	A. That's what this document shows.
5	Q. And then there's a risk that if
6	you have a slower ramp-up in Europe, in the
7	EU 5, that too will reduce sales against the
8	milestone, correct?
9	A. So, sir, this is correct. This is
10	about forecasting. This is about
11	forecasting. So the question I had is are we
12	going to pay this milestone or not? The
13	answer from the finance team is highly
14	different scenario, and based on this
15	scenario, and they give me some details, on
16	this additional scenario we pay the CVR
17	milestone. It's what he says, unless you are
18	not approved in the U.S., that's it.
19	Q. Do you know what the CVR agreement
20	is?
21	A. I do not know the details.
22	Q. Do you know what the phrase
23	"diligent efforts" means?
24	MR. NEUWIRTH: Are you talking
25	about the phrase "diligent efforts" in