Highly Confidential

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

\----------------------------------

UMB BANK, N.A., as Trustee,   )
                              )
      Plaintiff              )
                              )
vs.                           ) No. 15 Civ. 08725 (GBD)
                              )
SANOFI,                       )
                              )
      Defendant              )

\----------------------------------

HIGHLY CONFIDENTIAL

DEPOSITION OF WILLIAM J. SIBOLD

TUESDAY, JULY 17, 2018

WEIL, GOTSHAL & MANGES LLP

100 FEDERAL STREET

BOSTON, MASSACHUSETTS

Reported by: Sandra A. Deschaine, CSR, RPR, CLR, CRA

Job No. 144737

Highly Confidential

Page 17

1           WILLIAM J. SIBOLD
2       A.   Yes.  Yeah.
3       Q.   Now, when have you seen it before?
4       A.   So I saw it when I started with
5  the company.  I can't be specific of the
6  date.
7       Q.   Okay.  And when you were given the
8  document, were you given any written summary
9  of the document?
10      A.   I can't recall.
11      Q.   Do you know who gave you the
12 document?
13      A.   I can't recall.
14      Q.   Was it someone in the legal
15 department?
16      A.   I can't recall.
17      Q.   And were you given any
18 instructions on what the document meant?
19      A.   I can't remember.
20      Q.   Do you recall why you were reading
21 it?
22      A.   As part of my onboarding, I just
23 asked for any relevant documents related to
24 the due course of the business, and I believe
25 that this was -- this was one of them.

Highly Confidential

Page 18

1          WILLIAM J. SIBOLD
2     Q.   And after you read it when you
3  first joined the company, did you ever read
4  it again?
5     A.   Read it, as in the whole document?
6  No.  Referred to it?  Probably.
7     Q.   Well, do you have any specific
8  recollection of when you referred to it
9  before?
10    A.   No.
11    Q.   Did it come up in conversation?
12    A.   The document?
13    Q.   Correct.
14    A.   No.
15    Q.   Now, you understand that this was
16 an agreement between Sanofi-Aventis and
17 American Stock Transfer & Trust Company,
18 correct?
19    A.   Yes.
20    Q.   Did you understand what the
21 purpose of the agreement was?
22    A.   Yeah.  To the best of my ability,
23 yes.
24    Q.   What --
25    A.   I'm just -- just not being a

Highly Confidential

Page 21

1  　　　　　WILLIAM J. SIBOLD
2  but also getting it approved, correct?
3  　　　A.　Getting it approved, launching it,
4  the whole process from -- you know, you have
5  to -- correct.  You have to get it approved
6  in order to launch and all the activities
7  surrounding that.
8  　　　Q.　And the focus of these efforts, as
9  you understand them, based on the CVR
10 agreement, was it just simply launch and be
11 successful in marketing the product or was it
12 to achieve a particular goal?
13 　　　　　MR. NEUWIRTH:  Objection to the
14 　　　form.
15 　　　A.　So, within the agreement, it lays
16 out the milestones.  However, the approach
17 that we have -- we took to launch, was not to
18 look to achieve milestones.  It was to
19 maximize the value of the product.
20 BY MR. WEISS:
21 　　　Q.　Do you know what a leveraged P&L
22 is?
23 　　　A.　I know from the context that it's
24 used in our budget discussions.  I'm not sure
25 if that is the same definition that's used

Highly Confidential

Page 68

1  　　　　　　WILLIAM J. SIBOLD
2  　　　A.　Yeah. He may not be aware of the
3  specifics of the program, just because he's
4  got, you know, a huge portfolio that he
5  oversees, and I'm not so sure he would know
6  the specifics.
7  　　　[REDACTED]
8  [REDACTED]
9  [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 　　　Q.　And is that part of what we might
13 call life cycle management?
14 　　　A.　Yes.
15 　　　Q.　And what is life cycle management?
16 　　　A.　Life cycle management is looking
17 at the -- kind of the long-term of the
18 product and what are the needs to keep the
19 product -- make the product successful over
20 time, whether it be generation of new data,
21 looking at a new formulation, different study
22 work, different indications, et cetera. It's
23 really on a per-asset basis, creating a plan
24 that allows you to be successful with the
25 product in the long-term.

Page 75

1            WILLIAM J. SIBOLD
2           Do you see that?
3      A.   Yes.
4      Q.   And what's being referred to
5   there?
6      A.   The fact that the high unmet need
7   remains in primary progressive MS.
8           THE REPORTER: The fact that the
9   what?
10          THE WITNESS: The high unmet need
11     remains. That there's not adequate --
12     it's not adequately treated at the
13     moment.
14  BY MR. WEISS:
15     Q.   And the phrase "unmet need," or
16  "high unmet need," that is a word that's used
17  in pharma a bit, correct?
18     A.   It is, yes.
19     Q.   And that means that it's a need of
20  a patient population that is going
21  unaddressed?
22     A.   Yes.
23     Q.   And it's important, as an ethical
24  pharmaceutical company, to address the needs
25  of those patients?

Page 77

1          WILLIAM J. SIBOLD
2     Q.   Okay.  And --
3     A.   So it's an analysis.
4     Q.   And part of that is certainly the
5 financial value of the product; yes?
6     A.   Yes, that would be part of the
7 analysis.
8     Q.   And that would include
9 profitability of the product?
10    A.   Yes, that would be part of the
11 analysis.
12    Q.   And is this presentation
13 indication that, at least as of December
14 2017, it was your belief that alemtuzumab had
15 the potential to meet the high unmet need in
16 PPMS?
17    A.   Yes, it had the -- that it would
18 merit running a study to find out whether it
19 does or doesn't, yes.
20    Q.   And, in fact, it's a Phase III
21 clinical trial, correct?
22    A.   Yes.
23    Q.   And that's not a proof of concept
24 study, correct?
25    A.   Definitionally, no.  But that

Page 100

1       WILLIAM J. SIBOLD



Page 101

1    WILLIAM J. SIBOLD
2    [redacted]
3    [redacted]
4    [redacted]
5    [redacted]
6    [redacted]
7    [redacted]
8    [redacted]
9    [redacted]
10   [redacted]
11   [redacted]
12   [redacted]
13   [redacted]
14   [redacted]
15   [redacted]
16   [redacted]
17   [redacted]
18   [redacted]
19   [redacted]
20   [redacted]
21   [redacted]
22   [redacted]
23   [redacted]
24   [redacted]
25   [redacted]

1    WILLIAM J. SIBOLD

2 other tests for secondary autoimmunity in

3 2012, is it your belief that the sales of

4 Lemtrada would have been higher?

5   A. Yes.

6   Q. Significantly higher, correct?

7   A. It depends on the label. You

8 can't say significantly. It would have had

9 an impact, yes, and it would be a positive

10 impact.

11

Page 144

1        WILLIAM J. SIBOLD

2   ■    ████████████████████████████
■  ████████████████████████████████████
■  ████████████████████████████████
■  ████████████████████████████████████
■  ██████████████████████████
■       ██████████████████████████████
■  ████████████████████████
■       ██
■       ██  ████████████████████████████████
■  ████████
■       ██  ██
■       ██  ████████████████████████████
■  ████████████████████████████████
■  ████████████████████████████████
■       ██  ██
■       ██  ████████████████████████████████
■  ██████████████
■       ██  ██

20       Q.   Thank you.
21            And that's part of because drugs
22  are risk benefit assessments, for each
23  patient, correct?
24       A.   Yes.
25       Q.   The higher the benefit, you may

Highly Confidential

Page 177

1    WILLIAM J. SIBOLD
2    in which there, again, been challenges to
3    increase BOI --
4        A.    Yeah.
5        Q.    -- those existed; yes?
6        A.    Yes, BOI.  But, you know, the
7    components of BOI are sales and OpEx.  Sales
8    minus OpEx, essentially BOI, you know,
9    generally; that there's a point where you
10   can't cut -- you could not cut OpEx enough to
11   hit your long-term BOI goals.  You can't --
12   you just -- you can't do that.  It's the
13   top-line sales that are going to be the
14   real -- the real -- you know, the lever.
15       Q.    But, forgive me, you were given
16   instructions --
17       A.    Yeah.
18       Q.    -- during relevant periods --
19       A.    Uh-huh.
20       Q.    -- to cut OpEx to reach short-term
21   BOI goals, right?
22       A.    If you didn't have the sales that
23   were going to be -- if the sales weren't
24   going to get you there.
25       Q.    And, in fact, there were time to

1          WILLIAM J. SIBOLD
2    told me that, so yes, I do know it now.
3         Q.   You know it now.  Did you know it
4    before?
5         A.   I've looked at it.  The actual
6    numbers escaped my memory.
7         Q.   I'm confused.  Sorry.
8              What is your current position?
9         A.   Head of Sanofi Genzyme.
10        Q.   And that includes Lemtrada?
11        A.   Yes.
12        Q.   And before that, you were in
13   charge of MS, correct?
14        A.   No.  MS oncology and immunology.
15        Q.   Okay.  But that included Lemtrada?
16        A.   That included Lemtrada, yes.
17        Q.   And before that, what was your job
18   position?
19        A.   Head of MS.
20        Q.   And that included Lemtrada?
21        A.   Yes.
22        Q.   And during those time periods, did
23   you actually know the dollar numbers --
24        A.   Yes.
25        Q.   -- of all the various sales

1        WILLIAM J. SIBOLD

2        Q.   Whereas slowing the accumulation
3   of disability, would be a measure that, over
4   your projected course of the disease, the
5   expected disability one might see in this
6   patient, does not occur?
7        A.   Yes.
8        Q.   So in other words, whereas --
9        A.   The Delta between -- if you're
10  comparing two groups, the accumulation of
11  disability from one group versus another and
12  the difference between the two groups.
13  ███  ████████████████████████████████
    ███████████████████████████████████
    ███████████████████████████████████
    ███████████████████████████████
    ███    ██  ███
    ███    ██  ██████████████████
    █████████████████████████████████████
    ██████████████████████████████████
    ████████████████████
    ███    ██  █████████████████████████
    ███████████████████████████████
24       Q.   But some products were perceived
25  as having that effect, correct?

Page 230

1          WILLIAM J. SIBOLD
2      A.   Improvement in disability, in the
3  absolute sense of starting of a walker and
4  getting rid of the walker, not something that
5  had really been seen before.  Typically, it
6  was a you stopped the decline; you didn't see
7  the improvement.
8      Q.   But as we said, stopping the
9  decline is a form of improvement disability?
10     A.   It's a form of improvement versus
11 where your future stayed, yeah.
12     Q.   And Tysabri was perceived, by some
13 doctors, as having that attribute, correct?
14     A.   Of -- yes, halting the disease.
15     Q.   And that was important to
16 Tysabri's commercial value?
17     A.   Yes.  And particularly, so in the
18 second relaunch, when you have to evaluate
19 benefit versus risk.
20     Q.   And that was not in the Tysabri
21 label, though?
22     A.   The disability effect, I thought,
23 was in the Tysabri label.
24     Q.   Do you know?  Do you recall?
25     A.   I don't recall.  But we could --