1      PAMELA WILLIAMSON

2      UNITED STATES DISTRICT COURT

3    FOR THE SOUTHERN DISTRICT OF NEW YORK

4                    No. 15 Civ. 08725(GBD)

5  ---------------------------------------x

6  UMB Bank, N.A., as Trustee,

7      Plaintiff

8  vs.

9  SANOFI,

10     Defendant

11 ---------------------------------------x

12   VIDEOTAPED DEPOSITION OF PAMELA WILLIAMSON

13        Thursday, May 3, 2018 9:04 a.m.

14            Weil, Gotshal & Manges

15         100 Federal Street, Boston, MA

16

17

18

19 Reported by:

20 Janet Sambataro, RMR, CRR, CLR

21 JOB NO. 141488

22

23

24

25

1          PAMELA WILLIAMSON

2    itself is executed in a manner that is

3    "controlled" and well executed and in accordance

4    with GCP, good clinical practice.

5          The other is that there is a control arm in

6    the protocol, a comparator arm.  The control can

7    be either a placebo, it can be an active drug,

8    but it is what you measure or compare against.

9          Q.   And in the context of a controlled

10   clinical trial, the FDA looks to the sponsor to

11   reduce bias in the trial; correct?

12         A.   Yes.

13         Q.   And when I say, "bias," you understand

14   that bias can come from many different sources?

15         A.   Yes.

16         Q.   One bias, for example, might be in a

17   clinical trial where there is a person rating the

18   outcome of the trial on a subjective basis.  They

19   may know the patient is being treated with one

20   drug, another drug or a placebo; correct?

21         A.   Say the beginning part of your sentence

22   again.

23         Q.   I'll rephrase the question.

24         When a clinical trial has, as one of its

25   endpoints, a review by a person who makes a

1          PAMELA WILLIAMSON

2

3

4

5

6

7          Q.    Thank you.

8          And you don't just hope that the data shows

9     support for your indication; correct?  You

10    actually plan a trial to get the data that you

11    believe will support the FDA agreeing with you on

12    your indication; correct?

13               MR. AMSEL:  Objection to the form.

14         A.    Well, you hope and you do your best to

15    plan.

16         Q.    But planning also includes developing a

17    protocol for the trial, which has endpoints and

18    statistical analyses that within the nature of

19    the regulatory approval process will support an

20    approval for that proposed indication; correct?

21               MR. AMSEL:  Objection to form.

22         A.    To the extent that it's possible to do

23    so, yes.

24         Q.    And your experience is that the

25    individuals at Genzyme are competent

1                    PAMELA WILLIAMSON

2    effects or identifying patients who may have

3    enhanced efficiency -- efficacy, sorry, when the

4    drug is given to them; correct?

5         A.   If that -- if that potential exists,

6    sure.  It's part of the course of drug

7    development and learning about your drug.

8         Q.   Right.  Because if you've got a

9    diagnostic, then say well, then this patient

10   benefits from it.  That's a good thing to develop

11   because it means you can identify the patients

12   who will benefit from the drug?

13        A.   If it's possible.  Yes.

14        Q.   I'll give you an example.  If you have

15   a diagnostic test for Huntington's --

16        A.   Mm-hmm.

17        Q.   -- you know who to give the Huntington

18   drug to --

19        A.   Mm-hmm.

20        Q.   -- correct?

21        A.   Yes.

22        Q.   Okay.  Do you have recollections of

23   discussions at Genzyme about allocation of

24   resources to biomarkers to help identify ways in

25   which alemtuzumab could be either safer or more

1              PAMELA WILLIAMSON

2    effective in patient populations?

3         A.   No.

4         Q.   Would it surprise you if that work was

5    done?

6         A.   No.

7         Q.   Because that is part of what a

8    responsible pharmaceutical company does; correct?

9         A.   If they can.

10         Q.   Absolutely.

11              MR. AMSEL:  Why don't we -- we've been

12    going about an hour and a half or so.  Why don't

13    we take a -- take a break now.

14              MR. WEISS:  Again, if you wish to take

15    a break, that's entirely in your purview.

16              MR. AMSEL:  Okay.

17              THE VIDEOGRAPHER:  This is the end of

18    Tape No. 2.  Off the record, 12:08 p.m.

19              (Lunch recess was taken.)

20              THE VIDEOGRAPHER:  This is the

21    beginning of Tape No. 3.  On the record,

22    12:49 p.m.

23    BY MR. WEISS:

24         Q.   So, Ms. Williamson, I show you what has

25    been previously marked as Exhibits 120, 121 and

1          PAMELA WILLIAMSON

███████████████████████████████████

███████████████████████████████████

██████████████████████████████████

██████████████████████████████████████

██████████████████

7          Q.    So we are definitely in sync.  I was

8    going to ask you about that next.

9          What is life cycle management?

10         A.    I'm sorry.  I was giving you an

11   opportunity to find whatever you were looking

12   for.

13         Q.    No.  I can actually multitask.  It's a

14   bad habit.

15         A.    A life cycle management, in very

16   general terms, is taking a look at a program or

17   product or portfolio of products and taking a

18   look at what you may be doing next, what -- how

19   do you continue to learn about your product?  How

20   do you continue to expand the potential use of

21   your product?  How do you continue to educate on

22   your product?  It's about looking at your product

23   or program through the life of its existence.

24         Q.    And life cycle management, or LCM, is a

25   natural part of what pharmaceutical companies do;

1          PAMELA WILLIAMSON

2    correct?

3          A.    I assume most companies do.

4          Q.    Well, based on your experience in the

5    industry?

6          A.    Yes.  Yes.

7          Q.    Sorry.  You walked over me.

8          Based on your experience in the industry,

9    prudent pharmaceutical companies analyze, and, if

10   appropriate, engage in life cycle management?

11         A.    Yes.

12               MR. AMSEL:  Objection to the form.

13         Q.    And life cycle management can include

14   reformulation; correct?

15         A.    It can include many things.

16         Q.    But punch them out.

17         A.    That could be one.

18         Q.    It will be quicker.  It can include

19   reformulation?

20         A.    It can include reformulation.

21         Q.    For example, something Elan did a lot,

22   going from an IR to an ER to an SR.

23         A.    New formulations, different routes of

24   administration, faster activity, any number of

25   things depending upon what the product is.