1              UNITED STATES DISTRICT COURT

2           FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4    ------------------------------

5   UMB BANK, N.A., as Trustee,  )

6          Plaintiff,            )

7   vs.                          ) No. 15 Civ. 08725 (GBD)

8   SANOFI,                      )

9          Defendant.            )

10   ------------------------------

11

12

13       VIDEO DEPOSITION OF WILLIAM AITCHISON, Ph.D.

14              Friday, October 12, 2018

15               Boston, Massachusetts

16

17

18

19

20

21

22

23

24   Reported by: Dana Welch, CSR, RPR, CRR

25   Job No: 149486

Page 24

1                          AITCHISON



1                          AITCHISON



1                           AITCHISON
2

1                          AITCHISON

2

