UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------

UMB BANK, N.A., as Trustee,  )

     Plaintiff,            )

vs.                          ) No. 15 Civ. 08725 (GBD)

SANOFI,                      )

     Defendant.            )

-------------------------------


VIDEO DEPOSITION OF SANDRA POOLE

Wednesday, August 29, 2018

Boston, Massachusetts


Reported by: Dana Welch, CSR, RPR, CRR

Job No: 146794

1                    POOLE
2    say that I can't answer your question.
3        Q.   And you were not given any instruction on
4    level of spend you were allowed to undertake to
5    achieve the production targets, correct?
6        A.   I never had that --
7            MR. D'ALOIA:  Object to form.
8        Q.   Yeah, go on.
9            MR. D'ALOIA:  You can answer.
10       A.   I never had a specific conversation around
11   how spend and CVR targets might be linked.
12       Q.   And no one came to you and said, look, we,
13   Sanofi, not Genzyme, we, Sanofi, have an obligation
14   to meet these targets, here's what we want you to
15   do to reach those targets from Sanofi.
16       A.   I don't recall any conversation about the
17   CVR with Sanofi.
18       Q.   But there were certain reporting
19   obligations around the levels of production of
20   Fabrazyme and Cerezyme, correct?
21       A.   There were certain obligations around
22   what?  Sorry?
23       Q.   Do you know what a CVR production
24   statement is?
25       A.   No.

1          POOLE
2     Q.  But not about the CVR milestone, right?
3     A.  So our site goals were directly tied to
4  the CVR milestone and we built our site goals
5  around that, and so that was -- that was how we
6  were focused on, you know, achieving the CVR was --
7  our focus was on the site goals or the targets were
8  set for the site.
9     Q.  But didn't the site goals change once
10  Mr. Canute said you weren't going to meet the CV
11  milestone?
12     A.  So we had a meeting, and I don't remember
13  exactly when it happened, sometime in the summer,
14  at the point that it became clear that we were no
15  longer going to meet the CVR goals.
16          I mean, the -- in the spring, when we were
17  still -- there was still a possibility, we were
18  still working the problem, it was -- would have
19  been premature to make any changes to the goal by
20  -- and I don't remember the exact date, but we had
21  a discussion with Sanofi management about changing
22  the site goals, recognizing what all had been
23  accomplished and some of the factors that led to
24  our inability to meet the -- the main factors being
25  around the productivity, which was sort of outside

1                    POOLE
2  the ability of the site, that was our -- again, I
3  can't remember all the details, the rationale, but
4  we discussed that with Sanofi and that was when we
5  changed the site goal.
6      Q.  And you changed the site goals away from
7  the CVR milestones, correct?
8      A.  Once -- once it was clear and everybody
9  understood that there was no possibility of
10 achieving the CVR targets with those circumstances
11 I just discussed, there was an agreement to adjust
12 the site goals.
13     Q.  And you are aware, are you not, that that
14 occurs in or about June of 2011?
15     A.  I don't remember when it happened.
16     Q.  And did at any time Sanofi say, look, is
17 there anything we can do?  If we give you an
18 unlimited checkbook, is there something we can do
19 to meet the CVR milestones?
20         MR. D'ALOIA:  Object to form.
21     A.  I don't -- so that question was asked of
22 us often.  And I don't remember specifically an
23 individual at a certain time, but that was a
24 question that was asked of us often, what more can
25 we do to be able to meet our targets.

1                     POOLE

2   Fabrazyme out of the plant and into Framingham.

3   That's the truth.  That's the reality.

4           MR. WEISS:  Next document.

5           (Exhibit 38, SAN-CVR 0020489122 marked for

6       identification.)

7       Q.  Show you Poole Exhibit 37 [sic].  It's an

8   e-mail that you prepared in August of 2011.

9           Do you see that?

10      A.  Yes.

11      Q.  It's an e-mail you prepared?

12      A.  Yes.

13      Q.  In the ordinary course of business?

14      A.  Yes.

15      Q.  Okay.  And it would indicate that in

16  August of 2011, Eric was having one-on-one meetings

17  during the next one and a half weeks.

18      A.  Correct.

19      Q.  Correct?

20      A.  Correct.

21      Q.  And these are meetings relating to things

22  like backlog and QSE remediation challenges, yes?

23      A.  Yes.

24      Q.  And Cz and Fz productivity improvements,

25  correct?

Page 287

1                      POOLE

2        A.   Yes.

3        Q.   And to your recollection, these are the
4   first meetings that Mr. Berger had one-on-one with
5   these people, correct?

6        A.   To my recollection.

7        Q.   And that was in August of 2011, right?

8        A.   Yes.

9             (Exhibit 39, SAN-CVR 020195590 marked for
10       identification.)

11       Q.   Poole Exhibit 39, have you had a chance to
12  review it?

13       A.   Yes.

14       Q.   It is a series of e-mails you sent and
15  received in the ordinary course of business?

16       A.   Yes.

17       Q.   So Eliana Clark is the woman we've
18  discussed before, yes?

19       A.   Yes.

20       Q.   Can you explain to me why it wasn't until
21  August 30th of 2011 that Bill Aitchison was going
22  over Genzyme's manufacturing processes?

23            MR. D'ALOIA:  Object to form.

24       A.   Can I explain why he was going over the
25  manufacturing processes?