Page 1

1       UNITED STATES DISTRICT COURT
2    FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4    ------------------------------
5    UMB BANK, N.A., as Trustee,  )
6           Plaintiff,            )
7    vs.                          )  No. 15 Civ. 08725 (GBD)
8    SANOFI,                      )
9           Defendant.            )
10   ------------------------------
11
12
13             VIDEO DEPOSITION OF
14       MARTIN SOLBERG, DRSC, MS, MBA
15          Friday, October 19, 2018
16            Boston, Massachusetts
17
18
19
20
21
22
23   Reported by:  Dana Welch, CSR, RPR, CRR
24   Job No: 149780
25

1 SOLBERG



Page 231

1                          SOLBERG
2           ████████████████████████████████

