USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 6 2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UMB BANK, N.A.,

                     Plaintiff,

      -against-

SANOFI,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                   AMENDED
        ORDER OF REFERENCE
      TO A MAGISTRATE JUDGE

     15 Civ. 8725 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| \_\_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | \_\_ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| \_\_ | Specific Non-Dispositive Motion/Dispute: | \_\_ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| \_\_ | Settlement | | Purpose:_____ |
| \_\_ | Inquest After Default/Damages Hearing | \_\_ | Habeas Corpus |
| | | \_\_ | Social Security |
| | | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | All such motions:\_\_\_ |

Dated: New York, New York
     September 16, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge