# CAHILL GORDON & REINDEL LLP
## EIGHTY PINE STREET
### NEW YORK, NY 10005-1702

ROBERT A. ALESSI
HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
BRADLEY J. BONDI
BROCKTON B. BOSSON
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
AYANO K. CREED
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
HELENA S. FRANCESCHI
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL

CHARLES A. GILMAN
ARIEL GOLDMAN
JASON M. HALL
WILLIAM M. HARTNETT
NOLA B. HELLER
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER*
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE
JOEL H. LEVITIN

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0) 20 7920 9800

WRITER'S DIRECT NUMBER

GEOFFREY E. LIEBMANN
BRIAN T. MARKLEY
MEGHAN N. McDERMOTT
WILLIAM J. MILLER
NOAH B. NEWITZ
MICHAEL J. OHLER
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN

MICHAEL A. SHERMAN
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
ROSS E. STURMAN
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
SEAN P. TONOLLI
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
DAVID WISHENGRAD
COREY WRIGHT
JOSHUA M. ZELIG
DANIEL J. ZUBKOFF

* ADMITTED IN DC ONLY

(212) 701-3403

September 19, 2019

Re:   *UMB Bank, N.A., as Trustee, v. Sanofi*, Case No. 15 Civ. 08725-GBD-RWL

Dear Judge Lehrburger:

We represent Plaintiff UMB Bank, N.A., as Trustee. On September 13, 2019, Defendant Sanofi filed a motion to seal certain materials in its motion for summary judgment (ECF 253) and, pursuant to Local Rule 6.1(b), the Trustee's opposition is due September 27, 2019. We understand that motion, as well as the parties' summary judgment motions (ECF 245-47, 256; 248, 250-52), have since been referred to your Honor (ECF 258). We are reviewing Sanofi's sealing motion and, consistent with your Honor's Individual Rules and Practices, will raise any disagreements with Sanofi's counsel.[1] To the extent any issues remain unresolved, we expect to file an opposition to Sanofi's sealing motion on or before September 27, 2019.

Respectfully submitted,

*/s/ Charles A. Gilman*

Charles A. Gilman

---

[1] Sanofi designated a great deal of information produced by it in this action as confidential under the protective order (ECF No. 38). Therefore, the Trustee's filings in support of its motion for summary judgment contain quite a few redactions. We are cognizant of the instructions of the Court of Appeals, *Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110, 121, 126 (2d Cir. 2006) (The First Amendment and the common law impose "a strong presumption of access" that can be met "only by specific, on-the-record findings that higher values necessitate a narrowly tailored sealing."); *Brown* v. *Maxwell*, 929 F.3d 41, 47 (2d Cir. 2019) ("[I]t is well-settled that documents submitted to a court for its consideration in a summary judgment motion are—as a matter of law—judicial documents to which a strong presumption of access attaches, under both the common law and the First Amendment."), and, in our view, none of the redacted information, even comes close to overcoming the heavy presumption of public access to judicial documents. Pursuant to Sanofi's obligations under the protective order (ECF No. 38, at ¶ 5.2), we have requested that they review the Trustee's summary judgment materials and notify us within five business days of the information that Sanofi continues to insist be redacted from the filed document. We will raise any disagreement with your Honor.

-2-

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

<u>BY ECF</u>

cc:     Counsel of Record